Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S Figueroa St 10th Floor
Los Angeles, CA 90017
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Ryan Baker (Bar No. 214036)
  rbaker@bakermarquart.com
Baker Marquart LLP
10990 Wilshire Blvd. 4th Floor
Los Angeles, CA 90024
Telephone:   (424) 652-7800
Facsimile:   (424) 652-7850

Carlos A. Rodríguez (*pro hac vice*)
  carlosrodriguez@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Plaintiff eDirect Publishing,
Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| eDirect Publishing, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>LiveCareer, Ltd., and<br>North America LiveCareer, Inc.<br><br>Defendants. | CASE NO. 3:12-cv-01123-JLS-JMA<br><br>**PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

LiveCareer, Ltd., and North America LiveCareer, Inc.,

      Counterclaimants,

      v.

eDirect Publishing, Inc.,

      Counterdefendant.

Plaintiff eDirect Publishing, Inc. ("eDirect") for its Complaint against Defendants LiveCareer, Ltd. and North America LiveCareer, Inc. (together, "LiveCareer") avers as follows:

## THE NATURE OF THE ACTION

1.    eDirect owns and operates ResumeRabbit.com, a website that provides job seekers the ability to submit their resume and other required information once into a single interface in order to have that information automatically posted to multiple career websites on the Internet.   eDirect's patented technology is described in U.S. Patent Nos. 6,363,376 (the "'376 patent") and 6,757,674 (the "'674 patent"), which are titled "Method And System For Querying And Posting To Multiple Career Websites On The Internet From A Single Interface."  True and correct copies of the '376 and '674 patents are attached as Exhibits A and B, respectively.  eDirect is the owner of all rights, title, and interest in the '376 and '674 patents, including the right to bring this suit for injunctive relief and damages.

2.    On information and belief, LiveCareer owns and operates livecareer.com resumedirector.com, and other similar websites that allow users to automatically post a resume to multiple career websites.  Over the course of many years, LiveCareer engaged in a pattern of conduct aimed at misappropriating eDirect's confidential information and trade secrets.  Once LiveCareer had obtained that confidential information and trade secrets through its misconduct, LiveCareer launched a resume

posting service to compete with eDirect. That service, offered on LiveCareer's livecareer.com, resumedirector.com, and other similar websites operated by LiveCareer, infringes one or more claims of the '376 and '674 patents.

3.     LiveCareer's infringement of the '376 and '674 patents, and other acts described herein, has caused and will continue to cause damages to eDirect. Accordingly, eDirect seeks relief from this Court as detailed below.

## THE PARTIES

4.     eDirect Publishing, Inc. is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 2043 San Elijo Avenue, Cardiff by the Sea, CA 92007.

5.     On information and belief, LiveCareer, Ltd. is a corporation organized and existing under the laws of the Republic of Cyprus, having a principal place of business at 284 Arch. Makarios III, Fortuna Court, Block B, 2nd Floor, 3105 Limassol, Cyprus.

6.     On information and belief, North America LiveCareer, Inc. is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 1 Hallidie Plaza, Suite 306, San Francisco, CA 94102.

7.     On information and belief, LiveCareer, Ltd. and North America LiveCareer, Inc. are alter egos.

## JURISDICTION AND VENUE

8.     This is a civil action for patent infringement arising under the Patent Laws of the United States of America, 35 U.S.C. § 101, *et seq.*

9.     This Court has jurisdiction over the subject matter of this Complaint pursuant to 28 U.S.C. §§ 1331, 1338, and 1367(a).

10.     This court has personal jurisdiction over LiveCareer for at least the following reasons: (i) LiveCareer has committed acts of patent infringement in this State; (ii) LiveCareer is headquartered, regularly does business or solicits business,

engages in other persistent courses of conduct, and/or derives substantial revenue from products and/or services provided to individuals in this District and in this State; (iii) and LiveCareer has purposefully established substantial, systematic, and continuous contacts with this District and expects or should reasonably expect to be hauled into court here.  Thus, this Court's exercise of jurisdiction over LiveCareer will not offend traditional notions of fair play and substantial justice.

11.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400 (b) because LiveCareer does business in this District, a substantial part of the events or omissions giving rise to this Complaint occurred in this District, and LiveCareer is subject to personal jurisdiction in this District.

## **FACTUAL ALLEGATIONS**

12.    As early as 2000, eDirect created, developed, and hosted a website, ResumeRabbit.com, allowing users to query and post a resume and related information to multiple career websites from a single interface, through the use of patented technology.

13.    eDirect's patented technology is described in the '376 and '674 patents, which are titled "Method And System For Querying And Posting To Multiple Career Websites On The Internet From A Single Interface."

14.    eDirect is the owner of all rights, title, and interest in the '376 and '674 patents, including the right to bring this suit for injunctive relief and damages.

15.    In addition to the ResumeRabbit.com website, eDirect also offers services to third-party vendors through co-branded websites.  A Resume Rabbit co-branded website generally contains elements of the third-party vendor's brand and limited elements of the eDirect brand, but is generally run and controlled by eDirect.

16.    A Resume Rabbit co-branded website generally consists of any and all applications, applets, text, graphics, interactive content, data or information relating to any of the products or services described, priced or sold on the Resume Rabbit website

hosted, developed and/or owned by eDirect.

17.     eDirect and LiveCareer, Inc. negotiated and, on or about July 22, 2005, entered into, a contract for a Resume Rabbit co-branded website ("2005 Agreement"). A true and correct copy of 2005 Agreement is attached as Exhibit C.  The 2005 Agreement continued in force until such time that either party provide the other with 30 days written notice, or other terminating events occurred.  (Exhibit C, § 6.01.)

18.     The 2005 Agreement specified the rights and obligations of LiveCareer and eDirect relating to the LiveCareer-Resume Rabbit co-branded website.

19.     Pursuant to section 3.03 of the 2005 Agreement, eDirect was to retain all right, title and interest to, *inter alia*, all confidential and trade secret information related to the co-developed website and other activities undertaken pursuant to the terms of the 2005 Agreement.

20.     Pursuant to the terms of the 2005 Agreement, LiveCareer was obligated to perform fairly and in good faith, and to refrain from doing any act that would deprive eDirect of the benefits of the contract.  (Exhibit C, §10.08.)

21.     On or about August 2006, eDirect and LiveCareer entered into another agreement, the "Confidentiality and Non-Disclosure Agreement" ("2006 Agreement"). The 2006 Agreement required that the parties maintain the confidentiality of "any party['s]…know-how, technology, processes, methods, formulae, compositions, inventions, devices, … intellectual property,… as well as information discerned from, based on or relating to any of the foregoing which may be prepared."  A true and correct copy of the 2006 Agreement is attached as Exhibit D.

22.     On information and belief, at the time the 2005 Agreement and the 2006 Agreement were executed, LiveCareer was in the business of providing services in the nature of career assessment tools, including providing these services over the Internet. LiveCareer did not offer resume posting services.

23.     On information and belief, starting in or around 2010, LiveCareer

expanded its business to include resume building services.  Those services did not include resume posting.

24.    Between July 2005 and approximately October 2011, LiveCareer and eDirect had a reasonably close business relationship.  That relationship was characterized by business strategy discussions, cross-advertising, providing links to each other's services, and providing the public with the LiveCareer Resume Rabbit co-branded website pursuant to the terms of the 2005 Agreement.

25.    During negotiations and performance of the 2005 Agreement, LiveCareer had access to and learned confidential and trade secret information from eDirect under circumstances giving rise to a duty to maintain the secrecy and limit the use of that information.

26.    Furthermore, eDirect confidential and trade secret information was disclosed to LiveCareer pursuant to the 2005 and 2006 Agreements, which also gave rise to a duty to maintain the secrecy and limit the use of that information.

27.    eDirect's confidential and trade secret information obtained by LiveCareer includes, but is not limited to, profitable business model and niche selection, marketing strategies, customer targeting strategies, sales and pricing information and strategy, software development, architecture and deployment information, industry contacts and future expansion and technology upgrade plans.

28.    All of that information was disclosed to LiveCareer by eDirect because the parties had agreed to maintain its confidentiality.  Unbeknownst to eDirect at the time, LiveCareer in fact had no intention of maintaining the confidentiality of eDirect's information; rather, LiveCareer intended to use eDirect's confidential trade secrets for its own gain, at the expense of eDirect.

29.    Pursuant to the 2005 Agreement, only upon termination could LiveCareer offer its customers resume posting services other than the services provided by eDirect pursuant to the agreement.

30.    In spite of that provision, and to exploit the trade secrets LiveCareer had obtained from eDirect, in or around December 2011, LiveCareer acquired eDirect's competitor, which operated the website resumedirector.com.  On information and belief, LiveCareer's breach of the terms of the 2005 Agreement and the 2006 Agreement includes, but is not limited to, the use of eDirect's confidential and trade secret information in contravention to terms in the 2005 Agreement and 2006 Agreement.

31.    On information and belief, LiveCareer's business plans for resumedirector.com are based on confidential and trade secret information LiveCareer obtained from eDirect while the 2005 Agreement and the 2006 Agreement were in force.

32.    The 2005 Agreement did not terminate on its own terms, and LiveCareer did not give notice of termination pursuant to Section 6.01 of the 2005 Agreement until September 28, 2012, when Jamie Freundlich of LiveCareer sent a letter addressed to Spencer Greenwald at eDirect Publishing, LLC and Lee Marc at eDirect Publishing, Inc.

33.    The 2006 Agreement has not terminated.

34.    By its actions, LiveCareer breached the terms of both the 2005 Agreement and the 2006 Agreement.

35.    On information and belief, LiveCareer's breach of the covenant of good faith and fair dealing explicit in the 2005 Agreement and implied in the 2006 Agreement includes, but is not limited to, the use of eDirect's confidential and trade secret information and the offering of a service in direct competition with eDirect while still under contract to offer eDirect's service.

36.    On information and belief, LiveCareer, has, is, and will continue to improperly use, without eDirect's express or implied consent, eDirect's confidential and trade secret information.

37.    Through the use of that information, LiveCareer has built and now operates a resume posting service, which can be found on livecareer.com, resumedirector.com and other similar websites operated by LiveCareer.

38.    LiveCareer's websites livecareer.com and resumedirector.com allow users to automatically post a resume to multiple career websites in a manner that infringes one or more claims of the '376 and '674 patents.

39.    LiveCareer's infringement of the '376 and '674 patents has caused and will continue to cause eDirect monetary and other damages.

## FIRST CLAIM FOR RELIEF

### (Infringement of Patent No. 6,363,376)

40.    eDirect incorporates by reference the preceding averments set forth in paragraphs 1-39.

41.    U.S. Patent No. 6,363,376 ("the '376 patent") duly and lawfully issued on March 26, 2002 to Ken Wiens, Luo Wang and Zoey Zhao and is titled "Method And System For Querying And Posting To Multiple Career Websites On The Internet From A Single Interface."  The claims of the '376 patent are directed at methods and systems for posting a resume to multiple career websites.  (Exhibit A.)

42.    eDirect is the owner of all rights, title, and interest in the '376 patent, including the right to bring this suit for injunctive relief and damages.

43.    On information and belief, LiveCareer has been, is currently, and unless enjoined, will continue to directly infringe one or more claims of the '376 patent by making, using, offering to sell, and selling within the United States products and services, including but not limited to the livecareer.com and resumedirector.com websites.  These products and services embody and/or practice one or more claims of the '376 patent.

44.    LiveCareer's infringing activities have caused and will continue to cause eDirect irreparable harm, for which it has no adequate remedy at law, unless

LiveCareer's infringing activities are enjoined by this Court in accordance with 35 U.S.C. § 283.

45.     eDirect has been and continues to be damaged by LiveCareer's infringement of the '376 patent in an amount to be determined at trial.

46.     LiveCareer willfully and deliberately infringes the '376 patent in disregard of eDirect's rights.

## SECOND CLAIM FOR RELIEF

### (Infringement of Patent No. 6,757,674)

47.     eDirect incorporates by reference the preceding averments set forth in paragraphs 1-46.

48.     U.S. Patent No. 6,757,674 ("the '674 patent") duly and lawfully issued on June 29, 2004 to Ken Wiens, Luo Wang and Zoey Zhao and is titled "Method And System For Querying And Posting To Multiple Career Websites On The Internet From A Single Interface." The claims of the '674 patent are directed at methods and systems for posting information, including resumes, to multiple career websites. (Exhibit B.)

49.     eDirect is the owner of all rights, title, and interest in the '674 patent, including the right to bring this suit for injunctive relief and damages.

50.     On information and belief, LiveCareer has been, is currently, and unless enjoined, will continue to directly infringe one or more claims of the '674 patent by making, using, offering to sell, and selling within the United States products and services, including but not limited to the livecareer.com and resumedirector.com websites. These products and services embody and/or practice one or more claims of the '674 patent.

51.     LiveCareer's infringing activities have caused and will continue to cause eDirect irreparable harm, for which it has no adequate remedy at law, unless LiveCareer's infringing activities are enjoined by this Court in accordance with 35 U.S.C. § 283.

52.     eDirect has been and continues to be damaged by LiveCareer's infringement of the '674 patent in an amount to be determined at trial.

53.     LiveCareer willfully and deliberately infringes the '674 patent in disregard of eDirect's rights.

### THIRD CLAIM FOR RELIEF

### (Misappropriation of Trade Secrets)

54.     eDirect incorporates by reference the preceding averments set forth in paragraphs 1-53.

55.     eDirect and LiveCareer negotiated and entered into a "Co-Branded Website Agreement," with a date effective July 22, 2005 ("2005 Agreement").  A true and correct copy of 2005 Agreement is attached to this Complaint as Exhibit C.

56.     Pursuant to the terms of the 2005 Agreement, the terms of the 2005 Agreement are confidential.

57.     eDirect and LiveCareer entered into a "Confidentiality and nondisclosure Agreement," with a date effective August 22, 2006 ("2006 Agreement") that provides for, among other things, maintaining the confidentiality of "any part[ies]" "…know-how, technology, processes, methods, formulae, compositions, inventions, devices, …, intellectual property,…, as well as information discerned from, based on or relating to any of the foregoing which may be prepared…"  A true and correct copy of the 2006 Agreement is attached to this Complaint as Exhibit D.

58.     Between July 2005 and September 2012, LiveCareer and eDirect had a close business relationship based on the terms of the 2005 Agreement and 2006 Agreement.

59.     During negotiations and performance of the 2005 Agreement, LiveCareer had access to and learned confidential information from eDirect.

60.     LiveCareer acquired the confidential information from eDirect under circumstances giving rise to a duty to maintain its secrecy and limit its use.

61.     On information and belief, LiveCareer, has, is, and will continue to improperly use without eDirect's express or implied consent eDirect's trade secret information.

62.     LiveCareer's use of eDirect's trade secret information has caused, and will continue to cause, damage to eDirect.

## FOURTH CLAIM FOR RELIEF

### (Breach of Contract (2005 Agreement))

63.     eDirect incorporates by reference the preceding averments set forth in paragraphs 1-62.

64.     eDirect and LiveCareer negotiated and entered into a "Co-Branded Website Agreement," dated July 22, 2005 – the 2005 Agreement.  (Exhibit C, § 10.04.)

65.     The 2005 Agreement provides that confidential information disclosed pursuant to the agreement "shall be kept in confidence and shall not be disclosed to any third party or used in any way by the Party receiving the confidential information without the written approval of the Party disclosing the confidential information."

66.     During negotiations and performance of the 2005 Agreement, LiveCareer had access to and learned confidential information from eDirect.  LiveCareer never obtained any consent from eDirect to use eDirect's confidential information other than in the performance of the 2005 Agreement.

67.     Between July 2005 and September 2012, LiveCareer and eDirect had what eDirect assumed was a close business relationship.  In fact, LiveCareer had misrepresented its intentions to eDirect.  In December 2011, LiveCareer acquired eDirect's competitor to exploit the confidential information LiveCareer had obtained pursuant to the 2005 Agreement.

68.     Pursuant to the 2005 Agreement, only upon termination could LiveCareer offer its customers resume posting services other than the services provided by eDirect pursuant to the agreement.  Nevertheless, prior to terminating the 2005 Agreement,

1  LiveCareer acquired resumedirector.com and began preparing a competing resume

2  posting service.

3       69.    LiveCareer has breached the terms of the 2005 Agreement by using

4  eDirect's confidential information in contravention to terms in the 2005 Agreement

5  and by offering a resume posting service competing with the service offered by eDirect

6  pursuant to the 2005 Agreement.

7       70.    LiveCareer's breach of the 2005 Agreement and use of eDirect's

8  confidential information has caused, and will continue to cause, damage to eDirect in

9  an amount to be proved at trial.

10                    **FIFTH CLAIM FOR RELIEF**

11                      **(Breach of Contract)**

12       71.    eDirect incorporates by reference the preceding averments set forth in

13  paragraphs 1-70.

14       72.    eDirect and LiveCareer negotiated and entered into a "Confidentiality and

15  Non-Disclosure Agreement," dated August 22, 2006 – the 2006 Agreement.  (Exhibit

16  D.)

17       73.    After the effective date of the 2006 Agreement, LiveCareer and eDirect

18  had a close business relationship, such that LiveCareer had access to and learned

19  confidential information from eDirect.

20       74.    Use of eDirect's confidential information was restricted by the 2006

21  Agreement.

22       75.    Paragraph 6 of the 2006 Agreement provides that each party

23  acknowledges that any breach of substantive covenants of the 2006 Agreement will

24  result in irreparable injury to the party whose confidential information is being used or

25  disclosed in breach of the 2006 Agreement, and that money damages cannot

26  adequately compensate the wronged party.  Paragraph 6 of the 2006 Agreement

27  accordingly further provides that in the event of any such breach or any threatened

28

breach the wronged party "shall be entitled to have an injunction or restraining order issued by any competent court enjoining and restricting . . . [the party wrongly disclosing or using, or threatening to do so, the confidential information] from breaching or continuing any such breach."  The paragraph further states that "[s]uch remedy shall not be deemed to be the exclusive remedy, but shall be in addition to all other remedies available at law or equity" to the wronged party.

76.   LiveCareer has breached the terms of the 2006 Agreement.

77.   On information and belief, LiveCareer's breach the terms of the 2006 Agreement includes, but is not limited to, use of eDirect's confidential information in contravention to terms in the 2006 Agreement.

78.   LiveCareer's breach of the 2006 Agreement and use of eDirect's confidential information has caused, and will continue to cause, damage to eDirect, including, but not limited to, damages that cannot be adequately compensated monetarily.

## SIXTH CLAIM FOR RELIEF

### (Breach of Covenant of Good Faith and Fair Dealing)

79.   eDirect incorporates by reference the preceding averments set forth in paragraphs 1-77.

80.   eDirect and LiveCareer negotiated and entered into a "Co-Branded Website Agreement," with a date effective July 22, 2005 ("2005 Agreement"). (Exhibit C, §10.08.)

81.   The implied covenant of good faith and fair dealing is implied into all contracts under California law.  Moreover, here, the covenant is explicitly recited in the 2005 Agreement.  That covenant obligated LiveCareer to perform the terms and conditions of the 2005 Agreement fairly and in good faith, and to refrain from doing any act that would deprive eDirect of the benefits of the contract.

82.   LiveCareer has breached the covenant of good faith and fair dealing

implied into (and explicit in) the 2005 Agreement by:

      a.   acquiring eDirect's direct competitor while the 2005 Agreement was still in full force and effect;

      b.   using eDirect's confidential information to build and improve its own resume posting service, after acquiring the business of eDirect's direct competitor, resumedirector.com; and

      c.   offering a resume posting service in competition with the service offered by eDirect pursuant to the 2005 Agreement prior to the termination of the 2005 Agreement.

83.    LiveCareer's breach of the 2005 Agreement and use of eDirect's confidential information has caused, and will continue to cause, damage to eDirect.

## **PRAYER FOR RELIEF**

eDirect respectfully requests:

**As to the First Claim for Relief:**

a.    Judgment be entered that LiveCareer has infringed one or more claims of the '376 patent;

b.    Judgment be entered permanently enjoining LiveCareer, its directors, officers, agents, servants, and employees, and those acting in privity or in concert with them, and their subsidiaries, divisions, successors and assigns, from further acts of infringement of the '376 patent;

c.    Judgment be entered that LiveCareer's infringement has been willful;

d.    Judgment be entered awarding eDirect all damages adequate to compensate it for LiveCareer's infringement of the '376 patent, including all pre-judgment and post judgment interest at the maximum rate permitted by law, and including a trebling of such damages due to LiveCareer's willful infringement;

e.    For reasonable attorneys' fees incurred in bringing and litigation this action;

f.      For costs of suit herein;

g.      Judgment be entered awarding all other relief as the Court deems proper;

**As to the Second Claim for Relief:**

a.      Judgment be entered that LiveCareer has infringed one or more claims of the '674 patent;

b.      Judgment be entered permanently enjoining LiveCareer, its directors, officers, agents, servants, and employees, and those acting in privity or in concert with them, and their subsidiaries, divisions, successors and assigns, from further acts of infringement of the '674 patent;

c.      Judgment be entered that LiveCareer's infringement has been willful;

d.      Judgment be entered awarding eDirect all damages adequate to compensate it for LiveCareer's infringement of the '674 patent, including all pre-judgment and post judgment interest at the maximum rate permitted by law, and including a trebling of such damages due to LiveCareer's willful infringement;

e.      For reasonable attorneys' fees incurred in bringing and litigation this action;

f.      For costs of suit herein;

g.      Judgment be entered awarding all other relief as the Court deems proper;

**As to the Third Claim for Relief:**

a.      Judgment be entered that LiveCareer has misappropriated eDirect's trade secrets;

b.      Damages for the actual loss caused by misappropriation;

c.      Unjust enrichment caused by misappropriation that is not taken into account in computing damages for actual loss;

d.      Alternatively, if neither damages nor unjust enrichment caused by misappropriation are provable, payment of a reasonable royalty for no longer than the period of time the use could have been prohibited;

e.      Judgment be entered permanently enjoining LiveCareer, its directors, officers, agents, servants, and employees, and those acting in privity or in concert with them, and their subsidiaries, divisions, successors and assigns, from engaging in the unlawful conduct described herein;

f.      Judgment that that the misappropriation was willful and/or malicious exists, and an of award exemplary damages in an amount not exceeding twice any award;

g.      For reasonable attorneys' fees incurred in bringing and litigation this action;

h.      For costs of suit herein;

i.      Judgment be entered awarding all other relief as the Court deems proper;

**As to the Fourth Claim for Relief:**

a.      Judgment be entered that LiveCareer has breached the 2005 Agreement;

b.      Damages from the breach of contract;

c.      For costs of suit herein;

d.      Judgment be entered awarding all other relief as the Court deems proper;

**As to the Fifth Claim for Relief:**

a.      Judgment be entered that LiveCareer has breached the 2006 Agreement;

b.      Damages from the breach of contract;

c.      Judgment be entered permanently enjoining LiveCareer, its affiliates, directors, officers, agents, servants, and employees, and those acting in privity or in concert with them, and their subsidiaries, divisions, successors and assigns, from breaching or continuing any breach of the 2006 Agreement;

d.      For costs of suit herein;

e.      Judgment be entered awarding all other relief as the Court deems proper;

**As to the Sixth Claim for Relief:**

a.      Judgment be entered that LiveCareer has breached the covenant of good

faith and fair dealing;

      b.    Damages from the breach of the covenant of good faith and fair dealing;

      c.    For costs of suit herein; and

      d.    Judgment be entered awarding all other relief as the Court deems proper.

DATED:  June 7, 2013

QUINN EMANUEL URQUHART & SULLIVAN, LLP

BAKER MARQUART LLP

By: s/Ryan G. Baker

Michael T. Zeller (Bar No. 196417)
  michaelzeller@quinnemanuel.com

Ryan Baker (Bar No. 214036)
  rbaker@bakermarquart.com

Carlos A. Rodríguez (*pro hac vice*)
  carlosrodriguez@quinnemanuel.com

*Attorneys for Plaintiff eDirect Publishing, Inc.*

1

## **<u>DEMAND FOR JURY TRIAL</u>**

2

3       In accordance with Federal Rule of Civil Procedure 38(b), Plaintiff eDirect

4    Publishing, Inc. demands a trial by jury on all issues triable by jury.

5

6    DATED:  June 7, 2013

7

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

8

BAKER MARQUART LLP

9

10

By: <u>s/Ryan G. Baker          </u>

11

12

Michael T. Zeller (Bar No. 196417)
   michaelzeller@quinnemanuel.com

13

14

Ryan Baker (Bar No. 214036)
   rbaker@bakermarquart.com

15

Carlos A. Rodríguez (*pro hac vice*)
   carlosrodriguez@quinnemanuel.com

16

17

*Attorneys for Plaintiff eDirect
Publishing, Inc.*

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

US006363376B1

(12) **United States Patent**
Wiens et al.

(10) Patent No.: **US 6,363,376 B1**
(45) Date of Patent: **Mar. 26, 2002**

(54) **METHOD AND SYSTEM FOR QUERYING AND POSTING TO MULTIPLE CAREER WEBSITES ON THE INTERNET FROM A SINGLE INTERFACE**

(75) Inventors: **Ken Wiens**, San Jose; **Luo Wang**, Walnut Creek; **Zoey Zhao**, Redwood City, all of CA (US)

(73) Assignee: **Individual Software, Inc.**, Pleasanton, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/626,428**

(22) Filed: **Jul. 27, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/146,658, filed on Aug. 2, 1999.

(51) **Int. Cl.**[7] ............................................. **G06F 17/30**
(52) **U.S. Cl.** .......................................... **707/3**; 707/104
(58) **Field of Search** .............................. 707/3, 104, 1, 707/4, 5, 6, 7, 101, 102; 705/1

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,164,897 A     11/1992  Clark et al. .................... 705/1

| 5,696,918 A | | 12/1997 | Barker et al. ................ | 707/517 |
| 5,832,497 A | * | 11/1998 | Taylor ......................... | 707/104 |
| 5,884,270 A | | 3/1999 | Walker et al. ................. | 705/1 |
| 5,884,272 A | | 3/1999 | Walker et al. ................. | 705/1 |
| 5,963,949 A | | 10/1999 | Gupta et al. ................. | 707/100 |
| 5,978,768 A | | 11/1999 | McGovern et al. ............ | 705/1 |
| 5,987,446 A | * | 11/1999 | Corey et al. .................. | 707/3 |
| 5,999,939 A | | 12/1999 | De Hilster et al. ......... | 707/102 |
| 6,058,435 A | | 5/2000 | Sassin et al. ............... | 709/305 |
| 6,266,659 B1 | * | 7/2001 | Nadkarni ...................... | 707/3 |
| 6,272,467 B1 | * | 8/2001 | Durand et al. ................. | 705/1 |

* cited by examiner

*Primary Examiner*—Sanjiv Shah
(74) *Attorney, Agent, or Firm*—Sawyer Law Group LLP

(57) **ABSTRACT**

A method and system for querying multiple career websites from a single interface is disclosed, where each of the websites comprises a plurality of web pages having site-specific fields requiring input of data. The method and system include collecting information from a user, and mapping the user information to the site-specific fields of each of the career websites. The method and system further include automatically filling-in the site-specific fields of each of the career websites with the mapped user information, and forming respective query strings from the filled-in site-specific fields for each of the career websites. The respective query strings are then submitted to the corresponding career websites.

**49 Claims, 12 Drawing Sheets**





FIG. 1



FIG. 2



Fig. 3



Fig. 4



FIG. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9



FIG. 10

U.S. Patent          Mar. 26, 2002          Sheet 11 of 12          US 6,363,376 B1



22

Fig. 11



Fig.12

US 6,363,376 B1

1

# METHOD AND SYSTEM FOR QUERYING AND POSTING TO MULTIPLE CAREER WEBSITES ON THE INTERNET FROM A SINGLE INTERFACE

## CROSS-REFERENCE TO RELATED APPLICATION

This application is claiming under 35 USC 120 the benefit of provisional patent application serial no. 60/146,658 filed on Aug. 2, 1999.

## FIELD OF THE INVENTION

The present invention relates to PC software applications that access the Internet, and more particularly to a method and system for querying and posting to multiple career websites on the Internet from a single interface.

## BACKGROUND OF THE INVENTION

Internet career websites are global online networks for careers that connect companies providing job opportunities with qualified individuals seeking jobs. For job seekers, career websites offer a host of features, which typically include job listings, resume management, personal job search agents, chat and message boards, privacy options, expert advice and career management. Because different jobs may be posted on different career websites, individuals typically make use of more than one career website to maximize their results. Each of the career websites, however, typically requires the user to login and enter job search criteria. Therefore, the user must repeat entering this information at each of the sites.

PC software applications have been developed that are designed to make job searching and submission of a resume to multiple career websites easier for the individual.

One such PC application connects to multiple career websites over the Internet and allows users to submit their resumes online. The application would prompt the user for information and store the user information into fields in a database. When the user wanted to submit the information to one of the career websites, the application would format the data and send it to the career website. Because each career website requests different user information and store's the information in different database fields, each career website that communicated with PC application required customized software from the career website for receiving the data from the application and for translating the data from the application's format into the career website's format.

The problem with this approach is that if the application is changed or if any of the career websites change implementation, then both the application and the customized software for each of the career websites needs to be updated. Thus, the customization required to integrate the application with the career websites significantly hindered the adoption of the application by additional career websites. An additional drawback is that the PC application had no job searching capability, requiring the user to go outside of the program and manually search each job site individually.

The assignee of the present application developed a resume and job search PC application that improved on the prior approach. This application incorporated a job finder feature whereby the user could enter search criteria for multiple career websites and the results would be displayed in one location. However, because each career website has different fields for searching and uses different names for some of those same fields, the application only let the user

2

enter job search criteria into fields that were common to all the career websites. For example, some career websites allow the user to search for a job location by city and state, while others only allow the user to search by state. Therefore, to keep the search common to all sites, the PC application would only allow the user to search for job location by state. Due to the generic nature of this job search, the application was incapable of providing job seekers with search results that were as focused as could have been achieved on the career websites themselves.

The PC application also included a resume submission feature that would submit the user's resume to multiple career websites. However, once the user submitted his or her resume, the user had no way to access the resume. Thus, if the user found a mistake on the resume, the user had to edit the resume on the PC and then resubmit the resume to the career websites through the PC application. In addition, once the user found a job and wanted to end the job search, the user did not have the capability of removing the resume from the career websites.

Accordingly, what is needed is an improved method and system for searching for jobs and submitting resumes on multiple career websites. The present invention addresses such a need.

## SUMMARY OF THE INVENTION

The present invention provides a method and system for querying and posting to multiple career websites from a single interface, where each of the websites comprises a plurality of web pages having site-specific fields requiring input of data. The method and system include collecting information from a user, including the user's resume, and mapping the user information to the site-specific fields of each of the career websites. The method and system further include automatically filling-in the site-specific fields of each of the career websites with the mapped user information, and forming respective query strings from the filled-in site-specific fields for each of the career websites. The respective query strings are then submitted to the corresponding career websites.

According to the system and method disclosed herein, the present invention combines the benefit of one-click searching with the benefit of entering search criteria specific to each career website 14 for more powerful searching all within one interface.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating a system for querying multiple career websites on the Internet from a single interface in accordance with a preferred embodiment of the present invention.

FIG. 2 is a flow chart illustrating a process for allowing users to querying multiple career websites from the resume application in accordance with a preferred embodiment of the present invention.

FIG. 3 is a block diagram illustrating an example card displayed to the user during data entry in the resume section of the resume application.

FIG. 4 is a block diagram illustrating the document view of a completed resume.

FIG. 5 is a flow chart illustrating the process for allowing the user to search for jobs at multiple career websites using the job finder feature in a preferred embodiment of the present invention.

FIG. 6 is a block diagram showing an example of job finder dialog box displayed to the user.

3

FIG. **7** is a block diagram illustrating an example settings window in accordance with a preferred embodiment of the present invention.

FIG. **8** is a block diagram illustrating the job finder results window.

FIG. **9** is block diagram illustrating a main menu for the resume caster section.

FIG. **10** is a flow chart illustrating a process for automatically submitting resumes to multiple career websites in accordance with a preferred embodiment of the present invention.

FIG. **11** is a block diagram illustrating an example form for collecting the user's personal information.

FIG. **12** is a block diagram illustrating an example dialog screen listing available career websites in which the user selects some of the career websites for resume submission.

DETAILED DESCRIPTION

The present invention relates to querying multiple career websites on the Internet from a single interface, including generating resumes and automatically submitting resumes to the career websites on the Internet. The following description is presented to enable one of ordinary skill in the art to make and use the invention and is provided in the context of a patent application and its requirements. Various modifications to the preferred embodiment and the generic principles and features described herein will be readily apparent to those skilled in the art. Thus, the present invention is not intended to be limited to the embodiments shown but is to be accorded the widest scope consistent with the principles and features described herein.

FIG. **1** is a block diagram illustrating a system for querying multiple career websites on the Internet from a single interface in accordance with a preferred embodiment of the present invention. The present invention is a PC-based resume application **10** that aids users **12** in creating electronic resumes and searching multiple career websites **14** over the Internet through a graphical user interface **16**. The resume application **10** includes several features for aiding the user **12** in searching for jobs, including a resume section **18**, a job finder section **20**, and a resume caster section **22**. The resume application **10** also includes a data database **24** for storing information entered by the user **12**, and a formatting database **26** for storing templates, styles, and other formatting information that may be applied to the users resume.

The resume application **10** further includes career website direct-link-libraries (DLLs) **28** for each of the career web-sites **14** that link to the resume application **10** at runtime through a generic application programming interface. Each of the DLLs **28** include information regarding the functionality of the corresponding career website **14** that the resume application **10** accesses. For example, each career website **14** provides different services on different web pages within the site. Further, each of the career websites **14** requests the user to enter information into site-specific fields within those web pages. As career websites **14** change their functionality overtime and as new career websites **14** are added, new DLLs **28** may be loaded onto the user's PC for use by the resume application **10**. In a preferred embodiment the DLL's **28** are updated and downloaded automatically by the application **10**.

According to the present invention, besides aiding the user **12** in generating an effective resume, the resume application **10** allows a user **12** to search for jobs and the

4

submit resumes to the multiple career websites **14** all within interface **16** of the resume application **10**. Both the user's job search criteria and the user's resume are formulated into query strings and sent to each of the career websites **14**.

FIG. **2** is a flow diagram illustrating a process for allowing users to querying multiple career websites from the resume application in accordance with a preferred embodiment of the present invention. Referring to both FIGS. **1** and **2**, the process begins by collecting information from the user in step **50**. Information is collected by displaying forms to the user in which the user enters data in the respective fields. For example, when searching for job, the user would invoke the job finder section **20** and enter job search criteria into the job finder form. When submitting a resume, the user would invoke the resume section **18** and enter name, address, work history and experience information into resume fields.

The information collected from the user is then stored in the database **24** and mapped to site-specific fields of each of the career websites **14** in step **52**. The resume application **10** then automatically navigates to the correct web page within each of the career websites **14** for the service being requested in step **54**. After navigating to correct web page at each of the career websites **14**, the resume application **10** automatically fills-in the site-specific fields on those pages with the mapped user information in step **56**. in a preferred embodiment, the site-specific fields are filled-in using dynamic HTML.

The resume application **10** then forms respective query strings from the filled-in site-specific fields of each of the career websites **14** in step **58**, and submits the respective query strings to the corresponding career websites in step **60**. If necessary, the resume application **10** displays in the results returned from each of the career websites **14** through the user interface **16** in step **62**.

The operation of the resume section **18**, the job finder section **20**, and a resume caster section **22** will now be described.

The resume section **18** is a step-by-step guided resume system that helps job seekers create professional resumes. Through a guided resume wizard, job seekers are prompted for all relevant information with a card-like interface with next/back buttons that collects relevant information from the user **12** for each section of a resume.

In a preferred embodiment, the guided resume wizard of the resume section **18** includes several data entry features and several data formatting features that facilitate the generation of a resume. The data entry features include a title selector feature and a pre-written phrases/words feature. The title selector feature is a drop-down list displayed at each stage during the step-by-step wizard for the user to enter or change the name of a particular resume section, or Section Title, on the resume. For instance, for OBJECTIVE, the user can easily choose, OPENING STATEMENT, SUMMARY etc. directly from a drop down list. This will rename the section of the resume to fit the user preference. For EMPLOYMENT, users can easily change to EMPLOYMENT SUMMARY or EXPERIENCE.

The pre-written phrases/words is a data entry feature that includes a set of buttons displayed at each stage of the step-by-step wizard that assist the user in writing the resume. An action phrases button provides a list of pre-written phrases for the major sections of a resume, including OBJECTIVE, SKILLS/ABILITIES, EXPERIENCE, and EDUCATION. An action words button provides a listing of 3,600 action words which are used to empower the user resume. Job Descriptions is a listing of over 100,000 pre-written job description for every major career.

US 6,363,376 B1

5

FIG. 3 is a block diagram illustrating an example card 70 displayed to the user during data entry in the resume section 18 of the resume application 10. The card includes a series of fields 72 for the user to enter the requested information. After the card 72 is filled in by the user 12, the data in the fields is stored in the database 24.

After completing the data entry process for the resume, the user 12 may use the data formatting features of the resume section 18. The data formatting features include a single-click resume styles feature, an apply-to-all feature, and a date format/date separator feature. The single-click resume styles is a feature that allows the user 12 to choose a resume style from pre-formatted templates, which are stored in the formatting database 26. The user 12 is shown a description and graphical preview of each of the formatting styles. The user 12 may also choose the font to apply to that style. Once the style and font has been selected, the user 12 clicks an OK button and the entire resume is transformed into that particular style.

The apply-to-all feature allows the user 12 to maintain this consistent formatting. In a resume, there are common text sections which should retain a consistent format (i.e. the name of a Company listed on resume should be the same font, size and style as all other company names). If the user 12 changes the font or formatting of a particular section of the resume, the resume section 18 will prompt the user 12 to change all similar sections of the resume to meet this standard. For instance, if the user 12 changes the font of one Section Title, the program will ask the user if the user 12 would like to make all other similar sections of the resume match the user's recent changes. This way, the user 12 does not have to go through each section of the resume making everything consistent.

The date format/date separator feature changes the format of dates throughout the resume to common resume date formats. An upper/lower feature lets the user 12 choose the formatting in section titles, since in a resume, it is very common to vary the case of the user's section titles.

Once the user 12 has chosen an appropriate style and formatting for the resume, the style and formatting information is stored in the formatting database 26, separate and apart from the resume data stored in the database 24. This allows the resume section to display two views of the resume: the card view, and a document view where the content of the resume is combined with the chosen formatting to provide a layout or WYSIWYG view of the resume.

FIG. 4 is a block diagram illustrating the document view of a completed resume. According to one aspect of the present invention, the user may choose to edit the resume in both in the card view and in the document view. In the example shown, the user is editing the OBJECTIVE section of the resume, and any changes made are entered in the database 24. The resume application 10 uses the position of the cursor to determine which section of the resume the user is attempting to edit. The resume application 10 then determines which fields in the database 24 that section of the resume maps to.

When displayed in the document view, a single block of text in of the resume may comprise multiple fields from the database 24, and in most instances need to be separated by delimiters such as commas, semicolons, and so on. In the example resume shown in FIG. 4, for example, the user's telephone number is separated from the user's email address by a comma. However, the user does not enter delimiters when entering data into the fields. The present invention stores the layouts of resumes in the templates in the format-

6

ting database 26, including the position of each field in each block within the resume and the delimiters separating those fields. During editing of a resume in the document view, the user is not permitted to edit the delimiters. Rather, the user changes the delimiters using the style and formatting options displayed in the editing menus.

Referring again to FIG. 1, after the user has prepared his/her resume, the user may choose to locate jobs using the job finder section 20 or to submit the resume using the resume caster section 22. The job finder section 20 assists the user 12 in locating job openings listed with the career websites 14 that meet his/her preferences. The user 12 simply enters his/her job search criteria (job title and location) and clicks the search button and the job finder section 20 automatically performs a search of job openings at every major career website 14. As a search of each website 14 is completed, the job finder section 20 lists all the job openings in a consistent format. The user 12 may view a more detailed description of the job by clicking on the view job description, which causes a new browser window to open displaying the details of the job directly from the career website 14. The personal settings entered by the user 12 are remembered under the job finder's settings dialog so that the next time the user 12 uses this feature, the user 12 does not have to reenter the search criteria.

FIG. 5 is a flow chart illustrating the process for allowing the user 12 to search for jobs at multiple career websites 14 using the job finder feature in a preferred embodiment of the present invention. The process begins in response to the user selecting the job finder feature in the resume application 10 by displaying a job finder dialog box in step 100.

FIG. 6 is a block diagram showing an example of job finder dialog box 120 displayed to the user 12. In a preferred embodiment, the job finder dialog box 120 includes a job title field 122, a location field 124, a settings button 126, and a search button 128.

Referring to both FIGS. 5 and 6, the user enters job search criteria in the in step 102 by entering to the name of the job for which to search in the job title field 122 and entering the desired state in the location field 124. If desired, the user 12 may perform a quick search by simply clicking the search button 128, in which case all the career websites 14 would be searched using the job title and state the user entered. However, due to the generic nature of the search criteria, the search results may be overly broad.

According to the present invention, the settings button 126 is provided to allow the user to narrow the search criteria at each websites 14. Upon clicking the settings button 126, a settings window opens displaying a list of career websites is displayed for user selection in step 104.

FIG. 7 is a block diagram illustrating an example settings window in accordance with a preferred embodiment of the present invention. The settings window 130 displays a split screen where one side displays a listing of career websites 14 and the other side displays a mini browser window 134.

Referring to both FIGS. 5 and 6, when the user selects a career website 14 to search in step 106 by clicking a check box, the job finder feature automatically navigates to and displays the selected career website's job search web page 14A in step 108. The web page 14A includes job search fields 136 specific to the career website 14A.

If it is the first time the user 12 has visited that career website 14, in step 109 the user 12 fills in the search fields 136 as desired in step 110 to narrow the search. For example, the user may choose to fill in a zip code and to search within a certain number of miles from the code, and so on. The data

US 6,363,376 B1

7

entered by the user in each field **136** is then stored in the database **24** in step **112**. If it is not the first time the user has visited that career website **14**, then the job search feature retrieves the user's data from the database **24** and automatically fills in all the search fields **136** with the previously entered data in step **114**, preferably using dynamic HTML.

The user may then continue to select another career website **14** in step **116** and the process continues at step **106**. When user has finished selecting websites **14** to search, the user **12** returns to the job finder dialog window **120** and clicks the search button **128** to begin the search in step **117**. For each of the selected career websites **14**, the job finder feature accesses the career website's DLL **28** and the data entered by the user **12** to formulate and send a URL query string to the website **14** in step **118**. The results returned from each of the career websites **14** are then presented to the user **12** in step **119** in a results window.

FIG. **8** is a block diagram illustrating the job finder results window. In a preferred embodiment, as each career website **14** returns its results, a link to the career website **14** is displayed on one side of the split window. The user **12** may then click on the links to view each site's results, which are displayed on the other side of the split window. The user may also click the view all button **138** to see a listing of the combined results of all the websites **14**.

Some career websites **14** only return X number of results at a time, while others allow the user to specify how many results are returned. The job finder section **20** has its own settings for how many results to return, and automatically displays that many results to the user, no matter how many results are returned from the career website **14**. As an example, if the user **12** requested 50 results in the job finder section **20**, but a particular career website **14** only allows ten results to be returned, then the job finder will examine the web page of results passed back from the career website **14**, find the "next 10" link, and automatically invoke the link five times to gather the 50 results.

According to the job finder section **20** of the present invention, the benefit of one-click searching is combined with the benefit of entering search criteria specific to each career website **14** for more powerful searching, all within one interface, rather than entering a generic search using fields common to all sites or searching each site individually using a web browser. Also, the user **12** can change basic search criteria, like job title, without having to reset all criteria, like state, zip, etc.

Referring again to FIG. **1**, after preparing a resume, the user may enter the resume caster section **22** to have the user's resume submitted online.

FIG. **9** is block diagram illustrating a main menu for the resume caster section **22**. The main menu **140** of the resume caster section **22** displays four primary functions that automate several necessary steps in a successful job search. The resume caster section **22** includes a submit resume feature, an edit resume feature, a delete resume feature, a job search agents feature, and a view reports feature.

The submit resume feature automatically submits the user's **12** resume to major career websites **14** on the Internet. This feature automates the resume submission at major career websites **14**, saving the job seeker time and effort.

FIG. **10** is a flow chart illustrating a process for automatically submitting resumes to multiple career websites **14** in accordance with a preferred embodiment of the present invention. The submit resume feature begins with a step-by-step wizard process that collects all necessary personal and resume information which will be used to fill-in the appropriate fields at each career website **14** in step **150**.

8

FIG. **11** is a block diagram illustrating an example form for collecting the user's personal information. The wizard also prompts the user to enter a user name and password, which will be used to automatically login at each of the career websites **14**.

Referring again to FIG. **10**, after entering the requested information, the user **12** selects which of the career websites **14** to submit his/her resume in step **152**. FIG. **12** is a block diagram illustrating an example dialog screen listing available career websites **14** in which the user selects some of the career websites **14** for resume submission.

Referring again to FIG. **10**, after selecting the desired career websites **14**, the resume caster **22** automatically navigates to the login page of one of the career websites **14**, if the career website **14** requires an account to be set up before submitting a resume, and automatically fills in the user name and password fields with the user name and password supplied by the user in step **154**. Thereafter, the resume caster **22** automatically navigates directly to the resume submission page of the career website **14** and displays the page to the user **12** in step **156**. The resume caster **22** then automatically fills in each field in common to the database **24**, or auto-selects each relevant choice, using the user's personal and resume information in step **158**. If the web page includes fields that are uncommon to the fields in the database **24** in step **160**, then the user **12** has the opportunity to fill in the missing information in step **162** and review the information and make any modifications before pressing the submit button. The information entered by the user **12** is saved in the database **24** so that the next time the user visits the website **14**, the information will be automatically filled-in. If the page does not include any fields that are uncommon to the fields in the database **24**, then the resume caster **22** automatically submits the page in step **164** by formulating a URL query string submitting using the information in the fields and submitting the URL query string. In addition to automatically navigating directly to the appropriate page of each career website **14** and automatically filling in fields with the users personal and resume information, the resume caster **22** can also submit an HTML version of the resume if the career website **14** supports HTML.

After the page is submitted, a confirmation page is displayed to the user indicating that the page has been submitted and optionally informing the user of his/her name and password in step **166**. If additional career websites **14** were selected in step **168**, then the process proceeds at step **152**. Once the resume has been submitted to all the selected career websites **14**, the user **12** is returned to the resume caster main menu **140** in step **170**.

Referring again to FIG. **9**, the edit resume feature allows the user **12** to automatically edit the resume at the career websites **14**. Once a resume has been submitted, the user **12** may use job caster section **22** to update the resume at any time. This process (auto-navigate and auto-fill) is similar to submitting a resume, but will edit the resume instead.

The delete resume feature automatically removes the user's resume from career websites **14** to which it was submitted. After a job search is complete, the user **12** may want to remove their resume from the Internet. The resume caster section **22** automates this process as well. This process (auto-navigate and auto-fill) is similar to submitting a resume, but the resume will be removed instead.

The job search agents feature automatically signs the user **12** up for Job Agents at the career websites **14**. Many career websites **14** offer a feature that allows the user to submit the

US 6,363,376 B1

9

user's email address and career interest and will send the user 12 an email whenever a new job opening appears that meets the user's criteria. The resume caster section 22 uses a similar process (auto-navigate and auto-fill) to sign the user up for job agents.

In a further embodiment, the resume application 10 includes an automatic update career websites feature that performs a check before using the resume caster section 22 or the job finder section 20 and automatically downloads and installs the latest DLLs 28 for the career websites 14 and also downloads the latest version of the resume application 10 so that the interaction between application 10 and the career websites 14 is always up to date.

A method and system for querying multiple career websites on the Internet from a single interface, including generating resumes and automatically submitting resumes to the career websites on the Internet, has been disclosed.

Although the present invention has been described in accordance with the embodiments shown, one of ordinary skill in the art will readily recognize that there could be variations to the embodiments and those variations would be within the spirit and scope of the present invention. Those with ordinary skill in the art will readily recognize that the resume application may be stored on a disk or any other computer-readable medium and/or transmitted over network, and executed by a processor from memory. Further the present invention is not intended to be limited by the hardware architecture of the computer. Accordingly, many modifications may be made by one or ordinary skill in the art without departing from the spirit and scope of the appended claims.

What is claimed is:

1. A method for querying multiple career websites from a single interface, each of the websites comprising a plurality of web pages having site-specific fields requiring input of data, the method comprising the steps of:

(a) collecting information from a user;

(b) mapping the user information to the site-specific fields of each of the career websites;

(c) automatically filling-in the site-specific fields of each of the career websites with the mapped user information;

(d) forming respective query strings from the filled-in site-specific fields of each of the career websites; and

(e) submitting the respective query strings to the corresponding career websites.

2. The method of claim 1 wherein step (c) further comprises the steps of automatically navigating to a correct web page at each of the career websites.

3. The method of claim 2 further comprising the step of:

(f) displaying responses from each of the career websites.

4. The method of claim 3 wherein step (c) further comprises the steps of using dynamic HTML to fill-in the site-specific fields.

5. The method of claim 4 wherein step (b) further comprises the step of storing the mapped user information in a database.

6. The method of claim 1 further comprising the steps of storing the user information in the first database; and storing formatting information in a second database.

7. The method of claim 6 further comprising the step of providing the second database with formatting templates describing different resume styles, including positions within the resume styles of fields of data from the first database and positions of delimiters in relation thereto.

10

8. The method of claim 7 further including the step of providing the user with an option to view the resume and document view and format view.

9. The method of claim 8 further including the step of displaying the resume and document view by combining information from the first database with the formatting information from the second database.

10. The method of claim 9 further comprising the step of allowing the user to edit the resume and document view.

11. The method of claim 1 further comprising the steps of:

receiving search criteria from the user; and

automatically filling-in search specific-fields of each of the career websites with the search criteria received from the user, thereby automatically submitting the search criteria to the multiple career websites.

12. The method of claim 11 further comprising the step of automatically filling-in search specific-fields that are common to fields in a first database used to store user information.

13. The method of claim 12 further comprising the steps of allowing user to fill-in search specific-fields that are uncommon to the fields in the first database.

14. The method of claim 13 further comprising the step of presenting results returned from each of the career websites to the user.

15. A computer-readable medium for querying multiple career websites from a single interface, each of the websites comprising a plurality of web pages having site-specific fields requiring input of data, the computer-readable medium comprising the instructions of:

(a) collecting information from a user;

(b) mapping the user information to the site-specific fields of each of the career websites;

(c) automatically filling-in the site-specific fields of each of the career websites with the mapped user information;

(d) forming respective query strings from the filled-in site-specific fields of each of the career websites; and

(e) submitting the respective query strings to the corresponding career websites.

16. The computer-readable medium of claim 15 wherein instruction (c) further comprises the instructions of automatically navigating to a correct web page at each of the career websites.

17. The computer-readable medium of claim 16 further comprising the instruction of:

(f) displaying responses from each of the career websites.

18. The computer-readable medium of claim 17 wherein instruction (c) further comprises the instructions of using dynamic HTML to fill-in the site-specific fields.

19. The computer-readable medium of claim 18 wherein instruction (b) further comprises the instruction of storing the mapped user information in a database.

20. The computer-readable medium of claim 16 further comprising the instructions of

storing the user information in the first database; and

storing formatting information in a second database.

21. The computer-readable medium of claim 20 further comprising the instruction of providing the second database with formatting templates describing different resume styles, including positions within the resume styles of fields of data from the first database and positions of delimiters in relation thereto.

22. The computer-readable medium of claim 21 further including the instruction of providing the user with an option to view the resume and document view and format view.

US 6,363,376 B1

11

23. The computer-readable medium of claim 22 further including the instruction of displaying the resume and document view by combining information from the first database with the formatting information from the second database.

24. The computer-readable medium of claim 23 further comprising the instruction of allowing the user to edit the resume and document view.

25. The computer-readable medium of claim 15 further comprising the instructions of:

receiving search criteria from the user; and

automatically filling-in search specific-fields of each of the career websites with the search criteria received from the user, thereby automatically submitting the search criteria to the multiple career websites.

26. The computer-readable medium of claim 25 further comprising the instruction of automatically filling-in search specific-fields that are common to fields in a first database used to store user information.

27. The computer-readable medium of claim 26 further comprising the instructions of allowing user to fill-in search specific-fields that are uncommon to the fields in the first database.

28. The computer-readable medium of claim 27 further comprising the instruction of presenting results returned from each of the career websites to the user.

29. A system for querying multiple career websites from a single interface, each of the websites comprising a plurality of web pages having site-specific fields requiring input of data, comprising:

means for collecting information from a user;

means for mapping the user information to the site-specific fields of each of the career websites;

means for automatically filling-in the site-specific fields of each of the career websites with the mapped user information;

means for forming respective query strings from the filled-in site-specific fields of each of the career websites; and

means for submitting the respective query strings to the corresponding career websites.

30. The system of claim 29 further including means for automatically navigating to a correct web page at each of the career websites.

31. The system of claim 30 wherein responses from each of the career websites are displayed to the user.

32. The system of claim 31 wherein the site-specific fields are filled-in using dynamic HTML.

33. The system of claim 32 wherein the mapped user information is stored in a database.

34. The system of claim 29 further comprising the instructions of

means for storing the user information in the first database; and

means for storing formatting information in a second database.

35. The system of claim 34 wherein the second database includes formatting templates describing different resume styles, including positions within the resume styles of fields of data from the first database and positions of delimiters in relation thereto.

36. The system of claim 35 wherein the user is provided with an option to view the resume and document view and format view.

37. The system of claim 36 wherein the resume is displayed in document view by combining information from

12

the first database with the formatting information from the second database.

38. The system of claim 37 wherein the user may edit the resume and document view.

39. The system of claim 29 further including:

means for receiving search criteria from the user; and

means for automatically filling-in search specific-fields of each of the career websites with the search criteria received from the user, thereby automatically submitting the search criteria to the multiple career websites.

40. The system of claim 39 wherein search specific-fields that are common to fields in a first database used to store user information are automatically filled in.

41. The system of claim 40 wherein the user is allowed to fill-in search specific-fields that are uncommon to the fields in the first database.

42. The system of claim 41 wherein results returned from each of the career websites are presented to the user.

43. A method of performing a job search on multiple career websites from a single application program, comprising the steps of:

(a) allowing the user to enter search criteria by entering a title for the job to be searched and a location of the job; and

(b) allowing the user to narrow the search by

(i) selecting one or more career websites to search,

(ii) a automatically navigating to and displaying a job search web page of one of the career websites, wherein the web page includes job search fields specific to the career website,

(iii) if it is the first time the user has visited the career website, allowing the user to fill-in the search fields with data, and storing the data in a database,

(iv) if it is not the first time the user has visited the career website, automatically filling-and the search fields with data stored in the database,

(v) repeating steps (ii) through (iv) for each selected career website,

(vi) formulating a URL query string for each of the career websites using the data entered by the user, and sending the URL query strings to the corresponding career websites, and

(vii) presenting results returned from each of the career websites to the user.

44. The method of claim 43 further comprising the step of filling-in the search fields using dynamic HTML.

45. The method of claim 44 further including the step of automatically displaying a predetermined number of results to the user from each of the career websites even if the career websites return a limited number of results at a time.

46. A method for automatically submitting a user's resume to multiple career websites from an application program, comprising the steps of:

(a) prompting the user to enter a user name and password;

(b) allowing the user to select one or more career websites;

(c) automatically navigating to a login page of one of the career websites if the career website requires account information, and automatically filling-in the user name and password;

US 6,363,376 B1

**13**

(d) automatically navigating directly to a resume submission page of the career websites, and displaying the web page to the user;

(e) automatically filling-in fields on the resumes missing page using user information stored in a database;

(f) if the web page includes fields not stored in the database, allowing the user to fill-in those fields with data;

(g) formulating a URL query string submitting using the information in the fields and submitting the URL query string to the career of website; and

(h) repeating steps (c) through (g) for each selected career website.

**14**

47. The method of claim 46 further including the step of displaying a confirmation to the user indicating that the resume has been submitted.

48. The method of claim 47 further including the step of allowing the user to edit the resume whereby the edited resume is automatically resubmitted to each of the selected career websites.

49. The method of claim 48 further including the step of allowing the user to delete the resume whereby the user's resume is automatically removed from each of the selected career websites.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,363,376 B1                                        Page 1 of  5
DATED          : March 26, 2002
INVENTOR(S)  : Ken Wiens et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Drawings,</u>
FIG. 2, change the second occurrence of "60" to -- 62 --.

<u>Column 1,</u>
Line 44, replace "store's" with -- stores --.

<u>Column 3,</u>
Line 47, replace "users" with -- user's --.
Line 67, replace "the" with -- then --.

<u>Column 4,</u>
Line 6, replace "querying" with -- query --.
Line 12, after "for" add -- a --.
Line 24, replace "in" with -- In --.
Line 54, replace "etc," with -- etc., --.

<u>Column 5,</u>
Line 22, replace "etc." with -- etc., --.

<u>Column 6,</u>
Line 38 after "the" and before "step", remove "in".

<u>Column 7,</u>
Line 9, after "When" add -- the --.

<u>Column 8,</u>
Line 39, replace "users" with -- user's --.

<u>Column 9,</u>
Line 26, before "network" add -- the --.
Line 26, replace "Further" with -- Further, --.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,363,376 B1                                    Page 2 of 5
DATED         : March 26, 2002
INVENTOR(S)   : Ken Wiens et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 9 (cont'd),
Line 33, replace claim 1 with:

1.    A method for querying multiple career websites from a single interface, each of the websites comprising a plurality of web pages having site-specific fields requiring input of data, the method comprising the steps of:

(a)  collecting information from a user;

(b)  mapping the user information to the site-specific fields of each of the career websites;

(c)  automatically filling-in the site-specific fields of each of the career websites with the mapped user information;

(d)  forming respective query strings from the filled-in site-specific fields of each of the career websites;

(e)  submitting the respective query strings to the corresponding career websites;

(f)  receiving a resume from a user in electronic form, wherein the resume includes information collected from the user; and

(g)  automatically filling-in resume-specific fields of each of the career websites with the user information to thereby automatically submit the resume to the multiple career websites.

Column 10,
Line 26, replace claim 15 with:

15.    A computer-readable medium for querying multiple career websites from a single interface, each of the websites comprising a plurality of web pages having site-specific fields requiring input of data, the computer-readable medium comprising the instructions of:

(a)       collecting information from a user;

(b)       mapping the user information to the site-specific fields of each of the career websites;

(c)       automatically filling-in the site-specific fields of each of the career websites with the mapped user information;

(d)       forming respective query strings from the filled-in site-specific fields of each of the career websites;

(e)       submitting the respective query strings to the corresponding career websites;

(f)       receiving a resume from a user in electronic form, wherein the resume includes information collected from the user; and

(g)       automatically filling-in resume-specific fields of each of the career websites with the user information to thereby automatically submit the resume to the multiple career websites.

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,363,376 B1                                    Page 3 of 5
DATED          : March 26, 2002
INVENTOR(S)    : Ken Wiens et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 11,
Line 27, replace claim 29 with:

29.     A system for querying multiple career websites from a single interface, each of the websites comprising a plurality of web pages having site-specific fields requiring input of data, comprising:

means for collecting information from a user;

means for mapping the user information to the site-specific fields of each of the career websites;

means for automatically filling-in the site-specific fields of each of the career websites with the mapped user information;

means for forming respective query strings from the filled-in site-specific fields of each of the career websites;

means for submitting the respective query strings to the corresponding career websites;

means for receiving a resume from a user in electronic form, wherein the resume includes information collected from the user; and

means for automatically filling-in resume-specific fields of each of the career websites with the user information to thereby automatically submit the resume to the multiple career websites.

Column 12,
Line 21, replace claim 43 with:

43.     A method of performing a job search on multiple career websites from a single application program, comprising the steps of:

(a)     allowing the user to enter search criteria by entering a title for the job to be searched and a location of the job;

(b)     allowing the user to narrow the search by

(I)     selecting one or more career websites to search,

(ii)     automatically navigating to and displaying a job search web page of one of the career websites, wherein the web page includes job search fields specific to the career website,

(iii)     if it is the first time the user has visited the career website, allowing the user to fill-in the search fields with data, and storing the data in a database,

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,363,376 B1                                    Page 4 of  5
DATED         : March 26, 2002
INVENTOR(S)   : Ken Wiens et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 12 (cont'd),
Line 21, replace claim 43 with:

    (iv)    if it is not the first time the user has visited the career website, automatically

            filling-in the search fields with data stored in the database,

    (v)    repeating steps (ii) through (iv) for each selected career website,

    (vi)    formulating a URL query string for each of the career websites using the data

            entered by the user, and sending the URL query strings to the corresponding

            career websites,

    (vii)    presenting results returned from each of the career websites to the user;

(c)    receiving a resume from a user in electronic form, wherein the resume includes

information collected from the user; and

(d)    automatically filling-in resume-specific fields of each of the career websites with the user

information to thereby automatically submit the resume to the multiple career website.

Line 57, replace claim 46 with:

46.    A method for automatically submitting a user's resume to multiple career websites from an

application program, comprising the steps of:

    (a)    prompting the user to enter a user name and password;

    (b)    allowing the user to select one or more career websites;

    (c)    automatically navigating to a login page of one of the career websites if the career

website requires account information, and automatically filling-in the user name and password;

    (d)    automatically navigating directly to a resume submission page of the career websites,

and displaying the web page to the user;

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,363,376 B1                                    Page 5 of 5
DATED         : March 26, 2002
INVENTOR(S)   : Ken Wiens et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 12 (cont'd),

(e)    automatically filling-in fields on the resumes missing page using user information stored

in a database;

(f)    if the web page includes fields not stored in the database, allowing the user to fill-in those

fields with data;

(g)    formulating a URL query string submitting using the information in the fields and submitting

the URL query string to the career of website;

(h)    repeating steps (c) through (g) for each selected career website;

(i)    receiving a resume from a user in electronic form, wherein the resume includes information

collected from the user; and

(j)    automatically filling-in resume-specific fields of each of the career websites with the user

information to thereby automatically submit the resume to the multiple career websites.

Signed and Sealed this

Sixteenth Day of December, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

EXHIBIT 2

Case 3:12-cv-01123-JLS-JMA   Document 39   Filed 06/14/12   PageID.820   Page 46 of 69

US006757674B2

(12) **United States Patent**   (10) Patent No.: **US 6,757,674 B2**
Wiens et al.   (45) Date of Patent: **Jun. 29, 2004**

(54) **METHOD AND SYSTEM FOR QUERYING AND POSTING TO MULTIPLE CAREER WEBSITES ON THE INTERNET FROM A SINGLE INTERFACE**

(75) Inventors: **Ken Wiens**, San Jose, CA (US); **Luo Wang**, Walnut Creek, CA (US); **Zoey Zhao**, Redwood City, CA (US)

(73) Assignee: **Individual Software, Inc.**, Pleasanton, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 98 days.

(21) Appl. No.: **10/029,519**

(22) Filed: **Dec. 21, 2001**

(65) **Prior Publication Data**

US 2002/0091689 A1 Jul. 11, 2002

**Related U.S. Application Data**

(63) Continuation of application No. 09/626,428, filed on Jul. 27, 2000, now Pat. No. 6,363,376.

(60) Provisional application No. 60/146,658, filed on Aug. 2, 1999.

(51) Int. Cl.⁷ ............................................. **G06F 17/30**
(52) U.S. Cl. .......................................... **707/3**; 707/104
(58) Field of Search .............................. 707/3, 104, 1, 707/4, 5, 6, 7, 101, 102; 705/1

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,164,897 A   11/1992   Clark et al. .................... 705/1

| | | | |
|---|---|---|---|
| 5,696,918 A | 12/1997 | Barker et al. ............... | 707/517 |
| 5,832,497 A | * 11/1998 | Taylor ........................... | 705/1 |
| 5,884,270 A | 3/1999 | Walker et al. ................. | 705/1 |
| 5,884,272 A | 3/1999 | Walker et al. ................. | 705/1 |
| 5,963,949 A | 10/1999 | Gupta et al. ................. | 707/100 |
| 5,978,768 A | 11/1999 | McGovern et al. ............ | 705/1 |
| 5,987,446 A | * 11/1999 | Corey et al. .................... | 707/3 |
| 5,999,939 A | 12/1999 | de Hilster et al. .......... | 707/102 |
| 6,058,435 A | 5/2000 | Sassin et al. ............... | 709/305 |
| 6,266,659 B1 | * 7/2001 | Nadkarni ..................... | 705/11 |
| 6,272,467 B1 | 8/2001 | Durand et al. ................ | 705/1 |
| 6,272,476 B1 | * 8/2001 | Shi et al. .................... | 382/181 |

* cited by examiner

*Primary Examiner*—Sanjiv Shah
(74) *Attorney, Agent, or Firm*—Sawyer Law Group LLP

(57)   **ABSTRACT**

A method and system for querying multiple career websites from a single interface is disclosed, where each of the websites comprises a plurality of web pages having site-specific fields requiring input of data. The method and system include collecting information from a user, and mapping the user information to the site-specific fields of each of the career websites. The method and system further include automatically filling-in the site-specific fields of each of the career websites with the mapped user information, and forming respective query strings from the filled-in site-specific fields for each of the career websites. The respective query strings are then submitted to the corresponding career websites.

**38 Claims, 12 Drawing Sheets**





FIG. 1

Case 3:12-cv-01123-JLS-JMA   Document 39   Filed 06/14/13   PageID.322   Page 48 of 69



FIG. 2



Fig. 3



Fig. 4



FIG. 5



Fig. 6



Fig. 7



Fig. 8



Fig. 9



FIG. 10



Fig. 11



Fig.12

US 6,757,674 B2

**1**

## METHOD AND SYSTEM FOR QUERYING AND POSTING TO MULTIPLE CAREER WEBSITES ON THE INTERNET FROM A SINGLE INTERFACE

### CROSS-REFERENCE TO RELATED APPLICATION

This is a continuation of application Ser. No. 09/626,428 filed Jul. 27, 2000 U.S. Pat. No. 6,363,376.

This application is claiming under 35 USC 120 the benefit of provisional patent application Ser. No. 60/146,658 filed on Aug. 2, 1999.

### FIELD OF THE INVENTION

The present invention relates to PC software applications that access the Internet, and more particularly to a method and system for querying and posting to multiple career websites on the Internet from a single interface.

### BACKGROUND OF THE INVENTION

Internet career websites are global online networks for careers that connect companies providing job opportunities with qualified individuals seeking jobs. For job seekers, career websites offer a host of features, which typically include job listings, resume management, personal job search agents, chat and message boards, privacy options, expert advice and career management. Because different jobs may be posted on different career websites, individuals typically make use of more than one career website to maximize their results. Each of the career websites, however, typically requires the user to login and enter job search criteria. Therefore, the user must repeat entering this information at each of the sites.

PC software applications have been developed that are designed to make job searching and submission of a resume to multiple career websites easier for the individual. One such PC application connects to multiple career websites over the Internet and allows users to submit their resumes online. The application would prompt the user for information and store the user information into fields in a database. When the user wanted to submit the information to one of the career websites, the application would format the data and send it to the career website. Because each career website requests different user information and stores the information in different database fields, each career website that communicated with PC application required customized software from the career website for receiving the data from the application and for translating the data from the application's format into the career website's format.

The problem with this approach is that if the application is changed or if any of the career websites change implementation, then both the application and the customized software for each of the career websites needs to be updated. Thus, the customization required to integrate the application with the career websites significantly hindered the adoption of the application by additional career websites. An additional drawback is that the PC application had no job searching capability, requiring the user to go outside of the program and manually search each job site individually.

The assignee of the present application developed a resume and job search PC application that improved on the prior approach. This application incorporated a job finder feature whereby the user could enter search criteria for multiple career websites and the results would be displayed in one location. However, because each career website has different fields for searching and uses different names for some of those same fields, the application only let the user enter job search criteria into fields that were common to all the career websites. For example, some career websites allow the user to search for a job location by city and state, while others only allow the user to search by state. Therefore, to keep the search common to all sites, the PC application would only allow the user to search for job location by state. Due to the generic nature of this job search, the application was incapable of providing job seekers with search results that were as focused as could have been achieved on the career websites themselves.

The PC application also included a resume submission feature that would submit the user's resume to multiple career websites. However, once the user submitted his or her resume, the user had no way to update the resume. Thus, if the user found a mistake on the resume, the user had to edit the resume on the PC and then resubmit the resume to the career websites through the PC application. In addition, once the user found a job and wanted to end the job search, the user did not have the capability of removing the resume from the career websites.

Accordingly, what is needed is an improved method and system for searching for jobs and submitting resumes on multiple career websites. The present invention addresses such a need.

### SUMMARY OF THE INVENTION

The present invention provides a method and system for querying and posting to multiple career websites from a single interface, where each of the websites comprises a plurality of web pages having site-specific fields requiring input of data. The method and system include collecting information from a user, including the user's resume, and mapping the user information to the site-specific fields of each of the career websites. The method and system further include automatically filling-in the site-specific fields of each of the career websites with the mapped user information, and forming respective query strings from the filled-in site-specific fields for each of the career websites. The respective query strings are then submitted to the corresponding career websites.

According to the system and method disclosed herein, the present invention combines the benefit of one-click searching with the benefit of entering search criteria specific to each career website **14** for more powerful searching all within one interface.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram illustrating a system for querying multiple career websites on the Internet from a single interface in accordance with a preferred embodiment of the present invention.

FIG. **2** is a flow chart illustrating a process for allowing users to querying multiple career websites from the resume application in accordance with a preferred embodiment of the present invention.

FIG. **3** is a block diagram illustrating an example card displayed to the user during data entry in the resume section of the resume application.

FIG. **4** is a block diagram illustrating the document view of a completed resume.

FIG. **5** is a flow chart illustrating the process for allowing the user to search for jobs at multiple career websites using the job finder feature in a preferred embodiment of the present invention.

3

FIG. **6** is a block diagram showing an example of job finder dialog box displayed to the user.

FIG. **7** is a block diagram illustrating an example settings window in accordance with a preferred embodiment of the present invention.

FIG. **8** is a block diagram illustrating the job finder results window.

FIG. **9** is block diagram illustrating a main menu for the resume caster section.

FIG. **10** is a flow chart illustrating a process for automatically submitting resumes to multiple career websites in accordance with a preferred embodiment of the present invention.

FIG. **11** is a block diagram illustrating an example form for collecting the user's personal information.

FIG. **12** is a block diagram illustrating an example dialog screen listing available career websites in which the user selects some of the career websites for resume submission.

DETAILED DESCRIPTION

The present invention relates to querying multiple career websites on the Internet from a single interface, including generating resumes and automatically submitting resumes to the career websites on the Internet. The following description is presented to enable one of ordinary skill in the art to make and use the invention and is provided in the context of a patent application and its requirements. Various modifications to the preferred embodiment and the generic principles and features described herein will be readily apparent to those skilled in the art. Thus, the present invention is not intended to be limited to the embodiments shown but is to be accorded the widest scope consistent with the principles and features described herein.

FIG. **1** is a block diagram illustrating a system for querying multiple career websites on the Internet from a single interface in accordance with a preferred embodiment of the present invention. The present invention is a PC-based resume application **10** that aids users **12** in creating electronic resumes and searching multiple career websites **14** over the Internet through a graphical user interface **16**. The resume application **10** includes several features for aiding the user **12** in searching for jobs, including a resume section **18**, a job finder section **20**, and a resume caster section **22**. The resume application **10** also includes a data database **24** for storing information entered by the user **12**, and a formatting database **26** for storing templates, styles, and other formatting information that may be applied to the user's resume.

The resume application **10** further includes career website direct-link-libraries (DLLs) **28** for each of the career websites **14** that link to the resume application **10** at runtime through a generic application programming interface. Each of the DLLs **28** include information regarding the functionality of the corresponding career website **14** that the resume application **10** accesses. For example, each career website **14** provides different services on different web pages within the site. Further, each of the career websites **14** requests the user to enter information into site-specific fields within those web pages. As career websites **14** change their functionality overtime and as new career websites **14** are added, new DLLs **28** may be loaded onto the user's PC for use by the resume application **10**. In a preferred embodiment the DLL's **28** are updated and downloaded automatically by the application **10**.

According to the present invention, besides aiding the user **12** in generating an effective resume, the resume

4

application **10** allows a user **12** to search for jobs and then submit resumes to the multiple career websites **14** all within interface **16** of the resume application **10**. Both the user's job search criteria and the user's resume are formulated into query strings and sent to each of the career websites **14**.

FIG. **2** is a flow chart illustrating a process for allowing users to query multiple career websites from the resume application in accordance with a preferred embodiment of the present invention. Referring to both FIGS. **1** and **2**, the process begins by collecting information from the user in step **50**. Information is collected by displaying forms to the user in which the user enters data in the respective fields. For example, when searching for a job, the user would invoke the job finder section **20** and enter job search criteria into the job finder form. When submitting a resume, the user would invoke the resume section **18** and enter name, address, work history and experience information into resume fields.

The information collected from the user is then stored in the database **24** and mapped to site-specific fields of each of the career websites **14** in step **52**. The resume application **10** then automatically navigates to the correct web page within each of the career websites **14** for the service being requested in step **54**. After navigating to correct web page at each of the career websites **14**, the resume application **10** automatically fills-in the site-specific fields on those pages with the mapped user information in step **56**. In a preferred embodiment, the site-specific fields are filled-in using dynamic HTML.

The resume application **10** then forms respective query strings from the filled-in site-specific fields of each of the career websites **14** in step **58**, and submits the respective query strings to the corresponding career websites in step **60**. If necessary, the resume application **10** displays in the results returned from each of the career websites **14** through the user interface **16** in step **62**.

The operation of the resume section **18**, the job finder section **20**, and a resume caster section **22** will now be described.

The resume section **18** is a step-by-step guided resume system that helps job seekers create professional resumes. Through a guided resume wizard, job seekers are prompted for all relevant information with a card-like interface with next/back buttons that collects relevant information from the user **12** for each section of a resume.

In a preferred embodiment, the guided resume wizard of the resume section **18** includes several data entry features and several data formatting features that facilitate the generation of a resume. The data entry features include a title selector feature and a pre-written phrases/words feature. The title selector feature is a drop-down list displayed at each stage during the step-by-step wizard for the user to enter or change the name of a particular resume section, or Section Title, on the resume. For instance, for OBJECTIVE, the user can easily choose, OPENING STATEMENT, SUMMARY etc., directly from a drop down list. This will rename the section of the resume to fit the user preference. For EMPLOYMENT, users can easily change to EMPLOY-MENT SUMMARY or EXPERIENCE.

The pre-written phrases/words is a data entry feature that includes a set of buttons displayed at each stage of the step-by-step wizard that assist the user in writing the resume. An action phrases button provides a list of pre-written phrases for the major sections of a resume, including OBJECTIVE, SKILLS/ABILITIES, EXPERIENCE, and EDUCATION. An action words button provides a listing of 3,600 action words which are used to empower the user

US 6,757,674 B2

5

resume. Job Descriptions is a listing of over 100,000 pre-written job description for every major career.

FIG. 3 is a block diagram illustrating an example card **70** displayed to the user during data entry in the resume section **18** of the resume application **10**. The card includes a series of fields **72** for the user to enter the requested information. After the card **72** is filled in by the user **12**, the data in the fields is stored in the database **24**.

After completing the data entry process for the resume, the user **12** may use the data formatting features of the resume section **18**. The data formatting features include a single-click resume styles feature, an apply-to-all feature, and a date format/date separator feature. The single-click resume styles is a feature that allows the user **12** to choose a resume style from pre-formatted templates, which are stored in the formatting database **26**. The user **12** is shown a description and graphical preview of each of the format-ting styles. The user **12** may also choose the font to apply to that style. Once the style and font has been selected, the user **12** clicks an OK button and the entire resume is transformed into that particular style.

The apply-to-all feature allows the user **12** to maintain this consistent formatting. In a resume, there are common text sections which should retain a consistent format (i.e., the name of a Company listed on resume should be the same font, size and style as all other company names). If the user **12** changes the font or formatting of a particular section of the resume, the resume section **18** will prompt the user **12** to change all similar sections of the resume to meet this standard. For instance, if the user **12** changes the font of one Section Title, the program will ask the user if the user **12** would like to make all other similar sections of the resume match the user's recent changes. This way, the user **12** does not have to go through each section of the resume making everything consistent.

The date format/date separator feature changes the format of dates throughout the resume to common resume date formats. An upper/lower feature lets the user **12** choose the formatting in section titles, since in a resume, it is very common to vary the case of the user's section titles.

Once the user **12** has chosen an appropriate style and formatting for the resume, the style and formatting infor-mation is stored in the formatting database **26**, separate and apart from the resume data stored in the database **24**. This allows the resume section to display two views of the resume: the card view, and a document view where the content of the resume is combined with the chosen format-ting to provide a layout or WYSIWYG view of the resume.

FIG. 4 is a block diagram illustrating the document view of a completed resume. According to one aspect of the present invention, the user may choose to edit the resume in both in the card view and in the document view. In the example shown, the user is editing the OBJECTIVE section of the resume, and any changes made are entered in the database **24**. The resume application **10** uses the position of the cursor to determine which section of the resume the user is attempting to edit. The resume application **10** then deter-mines which fields in the database **24** that section of the resume maps to.

When displayed in the document view, a single block of text in the resume may comprise multiple fields from the database **24**, and in most instances need to be separated by delimiters such as commas, semicolons, and so on. In the example resume shown in FIG. 4, for example, the user's telephone number is separated from the user's email address by a comma. However, the user does not enter delimiters

6

when entering data into the fields. The present invention stores the layouts of resumes in the templates in the format-ting database **26**, including the position of each field in each block within the resume and the delimiters separating those fields. During editing of a resume in the document view, the user is not permitted to edit the delimiters. Rather, the user changes the delimiters using the style and formatting options displayed in the editing menus.

Referring again to FIG. **1**, after the user has prepared his/her resume, the user may choose to locate jobs using the job finder section **20** or to submit the resume using the resume caster section **22**. The job finder section **20** assists the user **12** in locating job openings listed with the career websites **14** that meet his/her preferences. The user **12** simply enters his/her job search criteria (job title and location) and clicks the search button and the job finder section **20** automatically performs a search of job openings at every major career website **14**. As a search of each website **14** is completed, the job finder section **20** lists all the job openings in a consistent format. The user **12** may view a more detailed description of the job by clicking on the view job description, which causes a new browser window to open displaying the details of the job directly from the career website **14**. The personal settings entered by the user **12** are remembered under the job finder's settings dialog so that the next time the user **12** uses this feature, the user **12** does not have to reenter the search criteria.

FIG. **5** is a flow chart illustrating the process for allowing the user **12** to search for jobs at multiple career websites **14** using the job finder feature in a preferred embodiment of the present invention. The process begins in response to the user selecting the job finder feature in the resume application **10** by displaying a job finder dialog box in step **100**.

FIG. **6** is a block diagram showing an example of job finder dialog box **120** displayed to the user **12**. In a preferred embodiment, the job finder dialog box **120** includes a job title field **122**, a location field **124**, a settings button **126**, and a search button **128**.

Referring to both FIGS. **5** and **6**, the user enters job search criteria in the step **102** by entering to the name of the job for which to search in the job title field **122** and entering the desired state in the location field **124**. If desired, the user **12** may perform a quick search by simply clicking the search button **128**, in which case all the career websites **14** would be searched using the job title and state the user entered. However, due to the generic nature of the search criteria, the search results may be overly broad.

According to the present invention, the settings button **126** is provided to allow the user to narrow the search criteria at each websites **14**. Upon clicking the settings button **126**, a settings window opens displaying a list of career websites is displayed for user selection in step **104**.

FIG. **7** is a block diagram illustrating an example settings window in accordance with a preferred embodiment of the present invention. The settings window **130** displays a split screen where one side displays a listing of career websites **14** and the other side displays a mini browser window **134**.

Referring to both FIGS. **5** and **6**, when the user selects a career website **14** to search in step **106** by clicking a check box, the job finder feature automatically navigates to and displays the selected career website's job search web page **14**A in step **108**. The web page **14**A includes job search fields **136** specific to the career website **14**A.

If it is the first time the user **12** has visited that career website **14**, in step **109** the user **12** fills in the search fields **136** as desired in step **110** to narrow the search. For example,

7

8

the user may choose to fill in a zip code and to search within a certain number of miles from the code, and so on. The data entered by the user in each field **136** is then stored in the database **24** in step **112**. If it is not the first time the user has visited that career website **14**, then the job search feature retrieves the user's data from the database **24** and automatically fills in all the search fields **136** with the previously entered data in step **114**, preferably using dynamic HTML.

The user may then continue to select another career website **14** in step **116** and the process continues at step **106**. When the user has finished selecting websites **14** to search, the user **12** returns to the job finder dialog window **120** and clicks the search button **128** to begin the search in step **117**. For each of the selected career websites **14**, the job finder feature accesses the career website's DLL **28** and the data entered by the user **12** to formulate and send a URL query string to the website **14** in step **118**. The results returned from each of the career websites are then presented to the user **12** in step **119** in a results window.

FIG. **8** is a block diagram illustrating the job finder results window. In a preferred embodiment, as each career website **14** returns its results, a link to the career website **14** is displayed on one side of the split window. The user **12** may then click on the links to view each site's results, which are displayed on the other side of the split window. The user **12** may also click the view all button **138** to see a listing of the combined results of all the websites **14**.

Some career websites **14** only return X number of results at a time, while others allow the user to specify how many results are returned. The job finder section **20** has its own settings for how many results to return, and automatically displays that many results to the user, no matter how many results are returned from the career website **14**. As an example, if the user **12** requested 50 results in the job finder section **20**, but a particular career website **14** only allows ten results to be returned, then the job finder will examine the web page of results passed back from the career website **14**, find the "next 10" link, and automatically invoke the link five times to gather the 50 results.

According to the job finder section **20** of the present invention, the benefit of one-click searching is combined with the benefit of entering search criteria specific to each career website **14** for more powerful searching, all within one interface, rather than entering a generic search using fields common to all sites or searching each site individually using a web browser. Also, the user **12** can change basic search criteria, like job title, without having to reset all criteria, like state, zip, etc.

Referring again to FIG. **1**, after preparing a resume, the user may enter the resume caster section **22** to have the user's resume submitted online.

FIG. **9** is block diagram illustrating a main menu for the resume caster section **22**. The main menu **140** of the resume caster section **22** displays four primary functions that automate several necessary steps in a successful job search. The resume caster section **22** includes a submit resume feature, an edit resume feature, a delete resume feature, a job search agents feature, and a view reports feature.

The submit resume feature automatically submits the user's **12** resume to major career websites **14** on the Internet. This feature automates the resume submission at major career websites **14**, saving the job seeker time and effort.

FIG. **10** is a flow chart illustrating a process for automatically submitting resumes to multiple career websites **14** in accordance with a preferred embodiment of the present invention. The submit resume feature begins with a step-

by-step wizard process that collects all necessary personal and resume information which will be used to fill-in the appropriate fields at each career website **14** in step **150**.

FIG. **11** is a block diagram illustrating an example form for collecting the user's personal information. The wizard also prompts the user to enter a user name and password, which will be used to automatically login at each of the career websites **14**.

Referring again to FIG. **10**, after entering the requested information, the user **12** selects which of the career websites **14** to submit his/her resume in step **152**. FIG. **12** is a block diagram illustrating an example dialog screen listing available career websites **14** in which the user selects some of the career websites **14** for resume submission.

Referring again to FIG. **10**, after selecting the desired career websites **14**, the resume caster **22** automatically navigates to the login page of one of the career websites **14**, if the career website **14** requires an account to be set up before submitting a resume, and automatically fills in the user name and password fields with the user name and password supplied by the user in step **154**. Thereafter, the resume caster **22** automatically navigates directly to the resume submission page of the career website **14** and displays the page to the user **12** in step **156**. The resume caster **22** then automatically fills in each field in common to the database **24**, or auto-selects each relevant choice, using the user's personal and resume information in step **158**. If the web page includes fields that are uncommon to the fields in the database **24** in step **160**, then the user **12** has the opportunity to fill in the missing information in step **162** and review the information and make any modifications before pressing the submit button. The information entered by the user **12** is saved in the database **24** so that the next time the user visits the website **14**, the information will be automatically filled-in. If the page does not include any fields that are uncommon to the fields in the database **24**, then the resume caster **22** automatically submits the page in step **164** by formulating a URL query string submitting using the information in the fields and submitting the URL query string. In addition to automatically navigating directly to the appropriate page of each career website **14** and automatically filling in fields with the user's personal and resume information, the resume caster **22** can also submit an HTML version of the resume if the career website **14** supports HTML.

After the page is submitted, a confirmation page is displayed to the user indicating that the page has been submitted and optionally informing the user of his/her name and password in step **166**. If additional career websites **14** were selected in step **168**, then the process proceeds at step **152**. Once the resume has been submitted to all the selected career websites **14**, the user **12** is returned to the resume caster main menu **140** in step **170**.

Referring again to FIG. **9**, the edit resume feature allows the user **12** to automatically edit the resume at the career websites **14**. Once a resume has been submitted, the user **12** may use job caster section **22** to update the resume at any time. This process (auto-navigate and auto-fill) is similar to submitting a resume, but will edit the resume instead.

The delete resume feature automatically removes the user's resume from career websites **14** to which it was submitted. After a job search is complete, the user **12** may want to remove their resume from the Internet. The resume caster section **22** automates this process as well. This process (auto-navigate and auto-fill) is similar to submitting a resume, but the resume will be removed instead.

US 6,757,674 B2

**9**

The job search agents feature automatically signs the user **12** up for Job Agents at the career websites **14**. Many career websites **14** offer a feature that allows the user to submit the user's email address and career interest and will send the user **12** an email whenever a new job opening appears that meets the user's criteria. The resume caster section **22** uses a similar process (auto-navigate and auto-fill) to sign the user up for job agents.

In a further embodiment, the resume application **10** includes an automatic update career websites feature that performs a check before using the resume caster section **22** or the job finder section **20** and automatically downloads and installs the latest DLLs **28** for the career websites **14** and also downloads the latest version of the resume application **10** so that the interaction between application **10** and the career websites **14** is always up to date.

A method and system for querying multiple career websites on the Internet from a single interface, including generating resumes and automatically submitting resumes to the career websites on the Internet, has been disclosed.

Although the present invention has been described in accordance with the embodiments shown, one of ordinary skill in the art will readily recognize that there could be variations to the embodiments and those variations would be within the spirit and scope of the present invention. Those with ordinary skill in the art will readily recognize that the resume application may be stored on a disk or any other computer-readable medium and/or transmitted over the network, and executed by a processor from memory. Further the present invention is not intended to be limited by the hardware architecture of the computer. Accordingly, many modifications may be made by one or ordinary skill in the art without departing from the spirit and scope of the appended claims.

What is claimed is:

1. A method for querying multiple career websites from a single interface, each of the websites comprising a plurality of web pages having site-specific fields requiring input of data, the method comprising the steps of:

(a) collecting information from a user;

(b) mapping the user information to the site-specific fields of each of the career websites;

(c) forming respective query strings from the mapped user information for each of the career websites; and

(d) submitting the respective query strings to the corresponding career websites.

2. The method of claim 1 further comprising the step of: displaying responses from each of the career websites.

3. The method of claim 1 wherein step (b) further comprises the step of storing the mapped user information in a database.

4. The method of claim 1 further comprising the steps of storing the user information in a first database; and storing formatting information in a second database.

5. The method of claim 4 further comprising the step of providing the second database with formatting templates describing different resume styles, including positions within the resume styles of fields of data from the first database and positions of delimiters in relation thereto.

6. The method of claim 5 further including the step of providing the user with an option to view the resume and document view and format view.

7. The method of claim 6 further including the step of displaying the resume and document view by combining information from the first database with the formatting information from the second database.

**10**

8. The method of claim 7 further comprising the step of allowing the user to edit the resume and document view.

9. The method of claim 1 further comprising the steps of: receiving search criteria from the user; and automatically filling-in search specific-fields of each of the career websites with the search criteria received from the user, thereby automatically submitting the search criteria to the multiple career websites.

10. The method of claim 9 further comprising the step of automatically filling-in search specific-fields that are common to fields in a first database used to store user information.

11. The method of claim 10 further comprising the steps of allowing user to fill-in search specific-fields that are uncommon to the fields in the first database.

12. The method of claim 11 further comprising the step of presenting results returned from each of the career websites to the user.

13. A computer-readable medium for querying multiple career websites from a single interface, each of the websites comprising a plurality of web pages having site-specific fields requiring input of data, the computer-readable medium comprising the instructions of:

(a) collecting information from a user;

(b) mapping the user information to the site-specific fields of each of the career websites;

(c) forming respective query strings from the mapped user information for each of the career websites;

(d) submitting the respective query strings to the corresponding career websites.

14. The computer-readable medium of claim 13 further comprising the instruction of:

displaying responses from each of the career websites.

15. The computer-readable medium of claim 14 wherein instruction (b) further comprises the instruction of storing the mapped user information in a database.

16. The computer-readable medium of claim 13 further comprising the instructions of:

storing the user information in a first database; and

storing formatting information in a second database.

17. The computer-readable medium of claim 16 further comprising the instruction of providing the second database with formatting templates describing different resume styles, including positions within the resume styles of fields of data from the first database and positions of delimiters in relation thereto.

18. The computer-readable medium of claim 17 further including the instruction of providing the user with an option to view the resume and document view and format view.

19. The computer-readable medium of claim 18 further including the instruction of displaying the resume and document view by combining information from the first database with the formatting information from the second database.

20. The computer-readable medium of claim 19 further comprising the instruction of allowing the user to edit the resume and document view.

21. The computer-readable medium of claim 13 further comprising the instructions of:

receiving search criteria from the user; and

automatically filling-in search specific-fields of each of the career websites with the search criteria received from the user, thereby automatically submitting the search criteria to the multiple career websites.

22. The computer-readable medium of claim 21 further comprising the instruction of automatically filling-in search

US 6,757,674 B2

**11**

specific-fields that are common to fields in a first database used to store user information.

**23**. The computer-readable medium of claim **22** further comprising the instructions of allowing user to fill-in search specific-fields that are uncommon to the fields in the first database.

**24**. The computer-readable medium of claim **23** further comprising the instruction of presenting results returned from each of the career websites to the user.

**25**. A system for querying multiple career websites from a single interface, each of the websites comprising a plurality of web pages having site-specific fields requiring input of data, comprising:

means for collecting information from a user;

means for mapping the user information to the site-specific fields of each of the career websites;

means for forming respective query strings from the mapped user information for each of the career websites;

means for submitting the respective query strings to the corresponding career websites.

**26**. The system of claim **1** further including means for automatically navigating to a correct web page at each of the career websites.

**27**. The system of claim **26** wherein responses from each of the career websites are displayed to the user.

**28**. The system of claim **27** wherein the site-specific fields are filled-in using dynamic HTML.

**29**. The system of claim **28** wherein the mapped user information is stored in a database.

**30**. The system of claim **25** further comprising

means for storing the user information in a first database; and

**12**

means for storing formatting information in a second database.

**31**. The system of claim **30** wherein the second database includes formatting templates describing different resume styles, including positions within the resume styles of fields of data from the first database and positions of delimiters in relation thereto.

**32**. The system of claim **31** wherein the user is provided with an option to view the resume and document view and format view.

**33**. The system of claim **32** wherein the resume is displayed in document view by combining information from the first database with the formatting information from the second database.

**34**. The system of claim **33** wherein the user may edit the resume and document view.

**35**. The system of claim **25** further including:

means for receiving search criteria from the user; and

means for automatically filling-in search specific-fields of each of the career websites with the search criteria received from the user, thereby automatically submitting the search criteria to the multiple career websites.

**36**. The system of claim **35** wherein search specific-fields that are common to fields in a first database used to store user information are automatically filled in.

**37**. The system of claim **36** wherein the user is allowed to fill-in search specific-fields that are uncommon to the fields in the first database.

**38**. The system of claim **37** wherein results returned from each of the career websites are amended to the user.

*   *   *   *   *

### UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,757,674 B2              Page 1 of 1
DATED          : June 29, 2004
INVENTOR(S)  : Ken Wiens et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 10,
Line 28, after "websites;" add -- and --.

Column 11,
Line 22, delete "1" and replace with -- 25 --.

Signed and Sealed this

Fourteenth Day of December, 2004

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT 3
# [FILED UNDER SEAL]

# EXHIBIT 4

# CONFIDENTIALITY AND NONDISCLOSURE AGREEMENT

As of August 22, 2006

The parties to this Agreement (the "Agreement") are LiveCareer Limited, a Cypriot corporation with an address of Arch. Makariou III, 284, Fortuna Court Block B, 2nd Floor, P.C. 3105, Limassol, CYPRUS ("LiveCareer"), and eDirect Publishing, Inc.. a California corporation with an address of 6133 Bristol Parkway, Suite 273, Culver City, CA 90230 ("Company").

In connection with a potential business relationship or transaction involving LiveCareer and Company, each party may receive Confidential Information (as defined below) of the other party, and the parties desire to set forth certain agreements in connection therewith. Accordingly, it is agreed as follows:

1. The term "Confidential Information" includes, with respect to any party (the "Disclosing Party"), all trade secret, proprietary, confidential and other non-public information of or concerning the Disclosing Party, the Disclosing Party's affiliates or the clients or business of the Disclosing Party or the Disclosing Party's affiliates, whether written or oral, and whether prepared by or on behalf of the Disclosing Party, its affiliates or the clients or Representatives (as defined below) of the Disclosing Party or its affiliates and whether disclosed prior to, on or after the date of this Agreement or the date of any definitive Agreement between the parties, including but not limited to data, reports, interpretations, forecasts, records and other documents, know-how, technology, processes, methods, formulae, compositions, inventions, devices, data, plans, strategies, studies, forecasts, customer lists, pricing policies, employee information, intellectual property, the substance of Agreements with clients, suppliers and others, marketing arrangements and the existence of the discussions between the parties, as well as information discerned from, based on or relating to any of the foregoing which may be prepared by the Receiving Party (as defined below) or the Receiving Party's Representatives. Notwithstanding the foregoing, the term "Confidential Information" does not include information which (i) the party receiving or discerning the information (the "Receiving Party") can show was already in the possession of the Receiving Party prior to disclosure by the Disclosing Party, the Disclosing Party's affiliates or the Representatives of the Disclosing Party or its affiliates (regardless of whether such disclosure is prior to, on or after the date of this Agreement), (ii) is or becomes generally available to the public other than as a result of a disclosure by the Receiving Party or the Receiving Party's Representatives, (iii) becomes available to the Receiving Party or the Receiving Party's Representatives on a non-confidential basis from a source other than the Disclosing Party, the Disclosing Party's affiliates or the Representatives of the Disclosing Party or its affiliates, which source is not prohibited from disclosing the information to the Receiving Party or the Receiving Party's Representatives by a legal, contractual, fiduciary or other obligation to the Disclosing Party, the Disclosing Party's affiliates or the Representatives of the Disclosing Party or its affiliates, (iv) the Receiving Party can show was independently developed by the Receiving Party without the use of any Confidential Information of the Disclosing Party or the involvement of any employee of the Receiving Party who was privy to the Confidential Information of the Disclosing Party or (v) is required by law or regulations (including but not limited to securities laws or regulations) to be disclosed.

2. Except as expressly permitted by this Agreement or as authorized by the Disclosing Party in writing, the Receiving Party agrees during the Term and for a period of five (5) years thereafter (i) to keep, and to cause its Representatives to keep, the Confidential Information of the Disclosing Party confidential, and (ii) not to use, and to cause its Representatives not to use, the Confidential Information in its or their respective businesses or for any purpose other than the evaluation of the proposed business relationship or transaction involving LiveCareer and Company, provided, however, that the Confidential Information of the Disclosing Party may be disclosed to the extent necessary only to those Representatives of the Receiving Party who need to know such information solely for the purpose of evaluating any such possible business relationship or transaction involving LiveCareer and Company. As used herein, the term "Representatives" with respect to any party shall mean the directors, officers, employees, agents, accountants, legal counsel, lending institutions, advisors, affiliates, associates and shareholders of such party.

3.    All Confidential Information delivered by the Disclosing Party, the Disclosing Party's affiliates or the Representatives of the Disclosing Party or its affiliates to the Receiving Party or the Receiving Party's Representatives in written or physical form, and all copies thereof, shall be returned to the Disclosing Party upon the earlier of the Disclosing Party's request or the termination of the discussions and negotiations between the parties, except for any portion of the Confidential Information of the Disclosing Party which has been prepared by the Receiving Party or its Representatives, provided that such portion shall be destroyed and such destruction shall be certified in writing to the Disclosing Party by an authorized officer or representative of the Receiving Party.

4.    In the event that the Receiving Party is requested or required by oral questions, interrogatories, requests for information or documents, subpoena, civil investigative demand or other process to disclose any Confidential Information of the Disclosing Party, the Receiving Party will provide the Disclosing Party with prompt notice of any such request or requirement so that the Disclosing Party may seek an appropriate protective order or waive compliance with this Agreement.

5.    Neither LiveCareer nor its affiliates nor Company nor its affiliates shall be under any legal obligation of any kind whatsoever with respect to the potential business relationship by virtue of this Agreement except for the matters specifically agreed to herein.

6.    Each party acknowledges that any breach of the covenants contained in Paragraphs 2, 3 or 4 of this Agreement will result in irreparable injury to the Disclosing Party and its affiliates, for which money damages could not adequately compensate the Disclosing Party and its affiliates.  In the event of any such breach or any threatened breach, the Disclosing Party and its affiliates shall be entitled to have an injunction or restraining order issued by any competent court enjoining and restricting the Receiving Party and its Representatives from breaching or continuing any such breach.  Such remedy shall not be deemed to be the exclusive remedy, but shall be in addition to all other remedies available at law or equity to the Disclosing Party and its affiliates.

7.    All notices, demands or other communications to be given or delivered under or by reason of this Agreement shall be in writing and shall be deemed to have been properly served if delivered personally, by courier, or by certified or registered mail, return receipt requested and first class postage prepaid, in each case to the parties at their addresses set forth above, in the case of notices to LiveCareer or such other addresses as the recipient party has specified by prior written notice to the sending party.   All such notices and communications shall be deemed received upon the actual delivery thereof in accordance with the foregoing.

8.    This Agreement shall continue indefinitely unless (and only in the event that) it is terminated in writing by the parties.  This Agreement (i) constitutes the entire Agreement between the parties with respect to the subject matter hereof and supersedes any previous arrangements relating thereto, (ii) may be signed in counterparts, (iii) shall be governed by the laws of the State of California (other than the conflicts of laws provisions thereof) and (iv) may not be amended, terminated or waived orally.

IN WITNESS WHEREOF, the parties have executed this Agreement on the date first above written.

**LIVECAREER LIMITED**                    eDirect Publishing, Inc.

By:_____           By:_____
   Name:  Eleni Charalampous                 Name:   LEE MARC
   Title:   Director                                    Title:   PRESIDENT