1  Michael T. Zeller (Bar No. 196417)
    michaelzeller@quinnemanuel.com
2  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
3  865 S Figueroa St 10th Floor
   Los Angeles, CA 90017
4  Telephone:  (213) 443-3000
5  Facsimile:   (213) 443-3100

6  Ryan Baker (Bar No. 214036)
    rbaker@bakermarquart.com
7  Carlos Candeloro (Bar No. 194716)
    ccandeloro@bakermarquart.com
8  Baker Marquart LLP
9  10990 Wilshire Blvd. 4th Floor
   Los Angeles, CA 90024
10 Telephone:  (424) 652-7800
   Facsimile:   (424) 652-7850
11

12 Carlos A. Rodríguez (*pro hac vice*)
    carlosrodriguez@quinnemanuel.com
13 QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
14 51 Madison Ave 22nd Floor
   New York, NY 10010
15 Telephone:  (212) 849-7000
16 Facsimile:   (212) 849-7100

17 *Attorneys for Plaintiff
   eDirect Publishing, Inc.*
18

Roger A. Cerda (Bar No. 239027)
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA   90071-3004
Telephone:  213-576-1000
Facsimile:   213-576-1100
roger.cerda@alston.com

Matthew J. McNeill (*Pro Hac Vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street, Ste 4200
Atlanta, GA   30309-3424
Telephone:  404-881-7000
Facsimile:   404-881-7777
matt.mcneill@alston.com

Deepro Mukerjee (*Pro Hac Vice*)
Alexander S. Lorenzo (*Pro Hac Vice*)
Lance Soderstrom (*Pro Hac Vice*)
ALSTON & BIRD LLP
90 Park Avenue, 12th Floor
New York, NY   10016
Telephone:  212-210-9400
Facsimile:   212-210-9444
deepro.mukerjee@alston.com
alexander.lorenzo@alston.com
lance.soderstrom@alston.com

*Attorneys for Defendants and
Counterclaimants
LiveCareer, Ltd., and North America
LiveCareer, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| eDirect Publishing, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>LiveCareer, Ltd., and<br>North America LiveCareer, Inc.<br><br>Defendants. | CASE NO. 3:12-cv-01123-JLS-JMA<br>[*Submitted to the Honorable Jan M. Adler U.S. Magistrate Judge*]<br><br>**JOINT STIPULATION**<br><br>**Complaint Filed: May 8, 2012**<br>**Markman Hearing: March 18, 2014** |

| | |
|---|---|
| LiveCareer, Ltd., and North America LiveCareer, Inc., | |
| Counterclaimants, | |
| v. | |
| eDirect Publishing, Inc., | |
| Counterdefendant. | |

During the February 18, 2014 Telephonic Status Conference, the Court requested that the parties confer and notify the Court as to any terms that were no longer in dispute. In the spirit of cooperation, and in light of the remaining terms to be construed, Plaintiff eDirect Publishing, Inc. ("eDirect" or "Plaintiff") and Defendants LiveCareer, Ltd., and North America LiveCareer, Inc. (together, "LiveCareer" or "Defendants"), by and through their respective attorneys, hereby stipulate that the claim term "submitting the respective query strings" should be construed to have its ordinary meaning and, therefore, requires no construction from the Court.[1]

As such, the remaining disputed terms to be addressed at the March 18, 2014 Claim Construction Hearing are "querying," "collecting information from a user," "automatically filling-in the site-specific fields," and "query string."

---

[1] Although the Court need not construe "submitting the respective query strings," eDirect intends to present argument made in section IV (E) of its Opening Claim Construction Brief (entitled "submitting the respective query strings") in support of its construction of "query string."

DATED: March 11, 2013

| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>BAKER MARQUART LLP<br><br>By: /s/ Ryan Baker<br><br>Michael T. Zeller (Bar No. 196417)<br>    michaelzeller@quinnemanuel.com<br>Ryan Baker (Bar No. 214036)<br>    rbaker@bakermarquart.com<br>Carlos A. Rodríguez (*pro hac vice*)<br>    carlosrodriguez@quinnemanuel.com<br>Carlos Candeloro (Bar No. 194716)<br>    ccandeloro@bakermarquart.com<br><br>*Attorneys for Plaintiff eDirect Publishing, Inc.* | ALSTON & BIRD LLP<br><br>By: s/ Roger Cerda<br><br>Roger A. Cerda (Bar No. 239027)<br>roger.cerda@alston.com<br>Deepro Mukerjee (*pro hac vice*)<br>deepro.mukerjee@alston.com<br>Natalie Clayton (*pro hac vice*)<br>natalie.clayton@alston.com<br>Alexander S. Lorenzo (*pro hac vice*)<br>alexander.lorenzo@alston.com<br>Matthew J. McNeill (*pro hac vice*)<br>matt.mcneill@alston.com<br><br>*Attorneys for Defendants LiveCareer, Ltd. and North America LiveCareer, Inc.* |
|---|---|

Pursuant to this Court's Electronic Case Filing Administrative Policies and Procedures, the filer certifies that the content of this document is acceptable to all persons whose signatures appear on the document.