| | |
|---|---|
| Michael T. Zeller (Bar No. 196417)<br>michaelzeller@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S Figueroa St 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Ryan Baker (Bar No. 214036)<br>rbaker@bakermarquart.com<br>Baker Marquart LLP<br>10990 Wilshire Blvd. 4th Floor<br>Los Angeles, CA 90024<br>Telephone: (424) 652-7800<br>Facsimile: (424) 652-7850<br><br>Carlos A. Rodríguez (*pro hac vice*)<br>carlosrodriguez@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Ave 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Attorneys for Plaintiff*<br>*eDirect Publishing, Inc.* | David A. Fox, Esq. (Bar No. 254651)<br>GOMEZ TRIAL ATTORNEYS<br>655 W. Broadway, Suite 1700<br>San Diego, CA 92101<br>Telephone: 619-237-3490<br>Facsimile: 619-237-3496<br>dfox@thegomezfirm.com<br><br>Matthew J. McNeill (*Pro Hac Vice*)<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street, Ste 4200<br>Atlanta, GA 30309-3424<br>Telephone: 404-881-7000<br>Facsimile: 404-881-7777<br>matt.mcneill@alston.com<br><br>Deepro Mukerjee (*Pro Hac Vice*)<br>Alexander S. Lorenzo (*Pro Hac Vice*)<br>Lance A. Soderstrom (*Pro Hac Vice*)<br>ALSTON & BIRD LLP<br>90 Park Avenue, 12th Floor<br>New York, NY 10016<br>Telephone: 212-210-9400<br>Facsimile: 212-210-9444<br>deepro.mukerjee@alston.com<br>alexander.lorenzo@alston.com<br>lance.soderstrom@alston.com<br><br>*Attorneys for Defendants and Counterclaimants*<br>*LiveCareer, Ltd., and North America LiveCareer, Inc.* |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDIRECT PUBLISHING, INC.<br><br>Plaintiff,<br><br>v.<br><br>LIVECAREER, LTD., and NORTH AMERICA LIVECAREER, INC.<br><br>Defendants. | CASE NO. 3:12-cv-01123-JLS-JMA<br><br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 4A<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

|   |   |   |
|---|---|---|
| 1 | LIVECAREER, LTD., and NORTH AMERICA LIVECAREER, INC., | |
| 2 | | |
| 3 | Counterclaimants, | |
| 4 | v. | |
| 5 | EDIRECT PUBLISHING, INC., | |
| 6 | Counterdefendant. | |

Plaintiff and Counterdefendant, eDirect Publishing, Inc. ("eDirect") and Defendants and Counterclaimants, LiveCareer, Ltd. and North America LiveCareer, Inc. (collectively, "LiveCareer"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a) and (c), hereby file this Joint Stipulation of Dismissal with Prejudice and state as follows:

1. eDirect and LiveCareer respectfully request that the Court dismiss all of the claims, defenses, and counterclaims in Case No. 3:12-cv-01123-JLS-JMA with prejudice pursuant to Federal Rule of Civil Procedure 41(a) and (c).

2. Each Party will bear its own costs and attorneys' fees.

| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **ALSTON & BIRD LLP** |
|---|---|
| **BAKER MARQUART LLP** | |
| By: s/ Ryan G. Baker | By: s/ David A. Fox |
| Michael T. Zeller (Bar No. 196417) | David A. Fox, Esq. (Bar No. 254651) |
| michaelzeller@quinnemanuel.com | dfox@thegomezfirm.com |
| Ryan Baker (Bar No. 214036) | Deepro Mukerjee (*pro hac vice*) |
| rbaker@bakermarquart.com | deepro.mukerjee@alston.com |
| Carlos A. Rodríguez (*pro hac vice*) | Alexander S. Lorenzo (*pro hac vice*) |
| carlosrodriguez@quinnemanuel.com | alexander.lorenzo@alston.com |
| | Lance A. Soderstrom (*pro hac vice*) |
| *Attorneys for Plaintiff eDirect Publishing, Inc.* | lance.soderstrom@alston.com |
| | *Attorneys for Defendants LiveCareer, Ltd. and North America LiveCareer, Inc.* |

Pursuant to this Court's Electronic Case Filing Administrative Policies and Procedures, the filer certifies that the content of this document is acceptable to all persons whose signatures appear on the document.